IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.

ERVIN BELL III
  a/k/a "Norris Bell"
  a/k/a "President"
STEVEN KASHUN KOONCE
  a/k/a "Steven Kashun Woods"
  a/k/a "Blue"
and
STACY THYRONE YOUNG
  a/k/a "Bama"

      SEALED
      <u>INDICTMENT</u>

4:16cr29/RH

**THE GRAND JURY CHARGES:**

## COUNT ONE

Between on or about July 8, 2014, and on or about May 3, 2016, in the Northern District of Florida, the defendants,

ERVIN BELL III,
a/k/a "Norris Bell,"
a/k/a "President,"
STEVEN KASHUN KOONCE,
a/k/a "Steven Kashun Woods,"
a/k/a "Blue,"
and
STACY THYRONE YOUNG,
a/k/a "Bama,"

Returned in open court pursuant to Rule 6(f)

Date: May 17, 2016

_[signature]_
United States Magistrate Judge

did knowingly and willfully combine, conspire, confederate, and agree together and with other persons to distribute and possess with intent to distribute controlled substances, and this offense involved 500 grams or more of a mixture and substance containing a detectable amount of cocaine, and 28 grams or more of a mixture and substance containing cocaine base, commonly known as "crack cocaine," in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(ii), and 841(b)(1)(B)(iii).

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

On or about July 8, 2014, in the Northern District of Florida, the defendant,

**STEVEN KASHUN KOONCE,**
a/k/a "Steven Kashun Woods,"
a/k/a "Blue,"

did knowingly and intentionally distribute controlled substances, and this offense involved cocaine and cocaine base, commonly known as "crack cocaine."

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THREE

On or about July 15, 2014, in the Northern District of Florida, the defendant,

**STEVEN KASHUN KOONCE,**
a/k/a "Steven Kashun Woods,"
a/k/a "Blue,"

did knowingly and intentionally distribute a controlled substance, and this offense involved cocaine.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FOUR

On or about July 25, 2014, in the Northern District of Florida, the defendant,

**STEVEN KASHUN KOONCE,**
a/k/a "Steven Kashun Woods,"
a/k/a "Blue,"

did knowingly and intentionally distribute a controlled substance, and this offense involved cocaine.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FIVE

On or about October 24, 2014, in the Northern District of Florida, the defendant,

**STEVEN KASHUN KOONCE,**
a/k/a "Steven Kashun Woods,"
a/k/a "Blue,"

did knowingly and intentionally distribute a controlled substance, and this offense involved cocaine.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SIX

On or about January 23, 2015, in the Northern District of Florida, the defendant,

**ERVIN BELL III,**
a/k/a "Norris Bell,"
a/k/a "President,"

did knowingly and intentionally distribute a controlled substance, and this offense involved cocaine.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SEVEN

On or about July 29, 2015, in the Northern District of Florida, the defendant,

**STACY THYRONE YOUNG,**
a/k/a "Bama,"

did knowingly and intentionally distribute a controlled substance, and this offense involved cocaine.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT EIGHT

On or about August 4, 2015, in the Northern District of Florida, the defendant,

**ERVIN BELL III,**
**a/k/a "Norris Bell,"**
**a/k/a "President,"**

did knowingly and intentionally distribute a controlled substance, and this offense involved cocaine.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT NINE

On or about August 13, 2015, in the Northern District of Florida, the defendant,

**ERVIN BELL III,**
**a/k/a "Norris Bell,"**
**a/k/a "President,"**

did knowingly and intentionally distribute a controlled substance, and this offense involved cocaine base, commonly known as "crack cocaine."

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT TEN

On or about August 25, 2015, in the Northern District of Florida, the defendant,

**ERVIN BELL III,**
**a/k/a "Norris Bell,"**
**a/k/a "President,"**

did knowingly and intentionally distribute a controlled substance, and this offense involved cocaine.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT ELEVEN

On or about September 11, 2015, in the Northern District of Florida, the defendant,

**ERVIN BELL III,**
**a/k/a "Norris Bell,"**
**a/k/a "President,"**

did knowingly and intentionally distribute a controlled substance, and this offense involved cocaine.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT TWELVE

On or about April 27, 2016, in the Northern District of Florida, the defendant,

**STACY THYRONE YOUNG,**
a/k/a "Bama,"

did knowingly and intentionally distribute a controlled substance, and this offense involved cocaine.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## CRIMINAL FORFEITURE

The allegations contained in Counts One through Twelve of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853.

From their engagement in the violations alleged in Counts One through Twelve, punishable by imprisonment for more than one year, the defendants,

**ERVIN BELL III,**
a/k/a "Norris Bell,"
a/k/a "President,"
**STEVEN KASHUN KOONCE,**
a/k/a "Steven Kashun Woods,"
a/k/a "Blue,"
and
**STACY THYRONE YOUNG,**
a/k/a "Bama,"

7

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), all of their interest in:

 A. Property constituting or derived from any proceeds the defendants obtained directly or indirectly as the result of such violations;

 B. Property used in any manner or part to commit or to facilitate the commission of such violations.

If any of the property subject to forfeiture as a result of any act or omission of the defendants:

  i. cannot be located upon the exercise of due diligence;

  ii. has been transferred or sold to, or deposited with, a third person;

  iii. has been placed beyond the jurisdiction of this Court;

  iv. has been substantially diminished in value; or

  v. has been commingled with other property that cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

A TRUE BILL:

Redacted

12 MAY 2016
DATE

_____
CHRISTOPHER P. CANOVA
United States Attorney

_____
JASON R. COODY
Assistant United States Attorney