IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  CASE NUMBER: 4:16cr29-RH
    <u>UNDER SEAL</u>

ERVIN BELL III
  a/k/a "Norris Bell"
  a/k/a "President"
STEVEN KASHUN KOONCE
  a/k/a "Steven Kashun Woods"
  a/k/a "Blue"
and
STACY THYRONE YOUNG
  a/k/a "Bama"
_____/

## MOTION REQUESTING AN ORDER SEALING THE INDICTMENT

The United States of America requests this Court to issue an Order sealing the Indictment returned by the Grand Jury in this case, and in support of this Motion states as follows:

1. The Defendants have not been arrested as a result of the activities alleged in the Indictment. The current whereabouts of the Defendants are unknown and the public revelation of the Indictment could severely hamper law enforcement's ability to locate and apprehend the Defendants to answer the charges.

Rec'd MAY 19 '16 USDCFln 4AM 1033
erl

2. The United States further moves the Court that the Indictment in this case shall remain **sealed** until further written Order of this Court, except that the Clerk's Office shall provide two certified copies of the Indictment to the United States Attorney for the Northern District of Florida, two certified copies to the United States Marshal for the Northern District of Florida, and one certified copy to the United States Probation Office for the Northern District of Florida.

WHEREFORE, in order to arrest the Defendants before the Indictment is made available to the public, it is respectfully requested that the Court order the sealing of the Indictment returned in this case.

Respectfully submitted,

CHRISTOPHER P. CANOVA
UNITED STATES ATTORNEY

JASON R. COODY
Assistant United States Attorney
Kansas Bar No. 20805
111 N. Adams Street, 4th Floor
Tallahassee, FL 32301
(850) 942-8430

# ORDER

The Government's Motion is granted.

DONE AND ORDERED this 17th day of May, 2016.

                                             *[signature]*
                                      UNITED STATES MAGISTRATE JUDGE