# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

**SEALED**
**CASE NUMBER:** 4:16cr29-RH

v.

**ERVIN BELL, II**
**STEVE KASHUN KOONCE**
**and STACY THYRONE YOUNG**
_____/

## ORDER FOR WARRANT

On verbal request of the United States Attorney, Northern District of Florida, pursuant to an Indictment returned against the Defendants,

**ERVIN BELL, II**
**STEVE KASHUN KOONCE**
**and STACY THYRONE YOUNG**

IT IS HEREBY ORDERED:

1. Warrant of arrest shall immediately issue upon such Indictment against the Defendants.

2. Bail shall be determined by the Judicial Officer at the time of arrest in accordance with the Bail Reform Act, and notation to such effect shall be placed upon the warrant.

DONE and ORDERED this 17th day of May, 2016, at Pensacola, Florida.

                                                      /s/ *signature*
                                                    UNITED STATES MAGISTRATE JUDGE