# UNITED STATES DISTRICT COURT
## CRIMINAL MINUTES – FIRST APPEARANCE ON INDICTMENT

**Case No.** 4:16cr29-RH          **Date:** May 20, 2016

**Docket Entry: First Appearance on Indictment     2:21 - 2:30 pm**

- Oral Order Unsealing Case
- CJA Attorney Barbara Jean Throne Appointed
- Detention hearing scheduled for 5/23/16 at 11:00 a.m.
- Trial scheduled for July 18, 2016 at 8:15 a.m.

**PRESENT:** Charles A. Stampelos, United States Magistrate Judge

| Angie Maxwell | Adina Sanchez | DCR TLH | Jason Coody |
|---|---|---|---|
| Deputy Clerk | USPO | Court Reporter | Ast. US Attorney |

**U.S.A. v. (Defendant listed below)**     **Attorney for Defendant:**

ERVIN BELL, III                              Barbara Jean Throne
X present  X custody  __O/R         X present  X appointed  _retained

- **X** Defendant advised that he/she is before a U.S. Magistrate Judge
- **X** Defendant advised of charges, penalties and fines
- **X** Defendant advised of right to remain silent and consult with an attorney before making any statement
- **X** Defendant advised of his right to hire counsel
- **X** Defendant executes a written CJA Form 23 and swears that it is accurate
- **X** Order appointing Public Defender entered
- ___ Defendant retained his/her own counsel: _____
- **X** Defendant advised of his/her right to bail

___ **Defendant advised that if found guilty and sentenced to prison, pretrial release time, regardless of restrictions, will not be credited toward any prison sentence which may be imposed.**
_X_ **Government moves for pretrial detention**
_X_ **Detention hearing scheduled for:** __5/23/16 at 11:00 a.m.__
___ **Detention hearing held (see separate minutes)**
___ **Defendant to be released**
___ **Defendant detained**
_X_ **Defendant held over until** __detention hearing__
**(Defendant temporarily detained)**
_X_ **Arraignment conducted. Plea:** __N/G as charged in indictment__
**Trial scheduled for:** __7/18/16 at 8:15 a.m.__