**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

**vs.**     **CASE NO. 4:16cr29-RH/CAS**

**ERVIN BELL, III,**

    **Defendant.**
_____/

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

    Defendant has shown by sworn evidence that he qualifies for appointment of counsel. Accordingly, it is ORDERED that RANDOLPH P. MURRELL, Federal Public Defender, 227 N. Bronough Street, Room 4200, Tallahassee, Florida 32301, (850) 942-8818, is appointed to represent this defendant. If a Criminal Justice Act (CJA) panel attorney is selected by the Public Defender as Defendant's attorney, this order authorizes payment of the CJA attorney for work on behalf of Defendant from the time that attorney was contacted by the Public Defender to take the case and agreed to take the case, even though that work predated this order. The pretrial service officer is hereby authorized to provide copies of the Defendant's criminal history to both parties.

    **DONE AND ORDERED** on May 20, 2016.

                                              s/ Charles A. Stampelos
                                              **CHARLES A. STAMPELOS
UNITED STATES MAGISTRATE JUDGE**