# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

vs.  CASE NO. 4:16cr29-RH/CAS

**ERVIN BELL, III,**

**Defendant.**
_____/

## ORDER OF TEMPORARY DETENTION

The Government has moved for the detention of this defendant pending trial. Defendant, represented by counsel, has requested a continuation of the detention hearing.

Accordingly, it is **ORDERED** that a detention hearing is set for Monday, May 23, 2016, beginning at 11:00 A.M., before the undersigned magistrate judge. Pending this hearing, the defendant shall be held in custody by the United States Marshal. The United States Marshal is hereby directed to have the Defendant in the U.S. Courthouse on the above date.

**DONE AND ORDERED** on May 20, 2016.

S/ Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**