# United States District Court
## CRIMINAL MINUTES - ARRAIGNMENT

Case No.   4:16cr29-RH          Date:  May 20, 2016

**DOCKET ENTRY: Arraignment on Indictment**

N/G Plea entered
Trial set for July 18, 2016 at 8:15 a.m.

**PRESENT: Charles A. Stampelos, United States Magistrate Judge**

| Angie Maxwell | Adina Sanchez | DCR TLH | Jason Coody |
|---|---|---|---|
| Deputy Clerk | USPO | Court Reporter | Ast. US Attorney |

**U.S.A. v. (Defendant listed below)**     **Attorney for Defendant:**

  ERVIN BELL, III                             Barbara Jean Throne
X present  X custody    O/R              X present  X appointed  _retained

**PROCEEDINGS:**

- **X**   Defendant is ARRAIGNED and specifically advised of his rights.
- **X**   Defendant waives reading of Indictment-Information
- ___   Indictment-Information read
- **X**   Defendant PLEADS:  ___ Guilty Count(s) _____
  - **X**   Not Guilty as charged on Indictment
- **X**   Trial set for: July 18, 2016 at 8:15 a.m.