# UNITED STATES DISTRICT COURT
## Criminal Minutes - General

**Case #**   4:16cr29-RH            **Date**  May 23, 2016

**DOCKET ENTRY:  Detention Hearing Held**          **11:17 - 11:20 a.m.**

> **Defense stipulates to detention; reserving right to hearing upon request.**

**PRESENT:  CHARLES A. STAMPELOS, United States Magistrate Judge**

| Angie Maxwell | Adina Sanchez | DCR TLH | Jason Coody |
|---|---|---|---|
| **Deputy Clerk** | **USPO** | **Court Reporter** | **Asst US Attorney** |

**U.S.A. v. (Defendant Listed Below)**       **Attorney For Defendant**

| ERVIN BELL, III | Barbara Jean Throne |
|---|---|
| **X Present  X Custody  O/R** | **X Apptd  Retained  X Present** |

**PROCEEDINGS:**

| 11:17 | Detention hearing held |
|---|---|
|  | **Defense stipulates to detention; reserving right to hearing upon request.** |
| 11:20 | Court adjourned |