**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

**vs.**                                             **CASE NO. 4:16cr29-RH/CAS**

**ERVIN BELL, III,**

    **Defendant.**
_____/

## ORDER OF DETENTION PENDING TRIAL

The Government has moved for detention pending trial pursuant to the Bail Reform Act, 18 U.S.C. § 3142(f). The Defendant, represented by counsel, agrees to detention by stipulation at this time but reserves the right to request a detention hearing in the future upon motion.

Accordingly, it is **ORDERED**:

That the Defendant is committed to the custody of the Attorney General or her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an

attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**DONE AND ORDERED** on May 23, 2016.

 S/   Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**