IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO:   4:16-cr-00029-RH-CAS-1

ERVIN BELL III,

    **Defendant.**
_____/

## STIPULATED MOTION FOR SUBSTITUTION OF COUNSEL

COMES NOW the defendant, **Ervin Bell III**, by and through his undersigned attorney, and moves this Honorable Court for an Order Substituting the undersigned for the Barbara Jean Throne, Esq., as counsel of record in this matter and in support of this motion would state the following:

1. The defendant's family has retained the undersigned attorney, who is admitted to practice in the Northern District of Florida.

2. Counsel for the Government, AUSA Jason Coody has been contacted and has no objection to this motion.

3. Currently assigned Counsel for the Defendant, Attorney Barbara Jean Throne, Esq., has been contacted and has no objection to this motion.

WHEREFORE the defendant respectfully requests that this Court GRANT the Stipulated Motion for Substitution of Counsel.

**/s/ NATHAN R. PRINCE, ESQ.**
FLA. BAR. NO. 60583
LAW OFFICE OF NATHAN PRINCE
P.O. BOX 10030
TALLAHASSEE, FL 32302
PHONE: 850.559.4202
FAX: 850.556-4500
NATEPRINCELAW@GMAIL.COM

**ESERVICE TO NATEPRINCELAW@GMAIL.COM**

ATTORNEY FOR THE DEFENDANT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the original of the foregoing has been furnished by electronic filing to the Clerk of Court and a true and correct copy of the foregoing has been furnished by electronic filing to Assistant United States Attorney Jason Coody and Attorney Barbara Jean Throne on this the 2nd day of June, 2016.

**RESPECTFULLY SUBMITTED** on this 2nd day of June, 2016.

**/s/ NATHAN R. PRINCE, ESQ.**
FLA. BAR. NO. 60583
LAW OFFICE OF NATHAN PRINCE
P.O. BOX 10030
TALLAHASSEE, FL 32302
PHONE: 850.559.4202
FAX: 850.556-4500
NATEPRINCELAW@GMAIL.COM

**ESERVICE TO NATEPRINCELAW@GMAIL.COM**

ATTORNEY FOR THE DEFENDANT

IN THE UNITED STATES DISTRICT COURT
FOR THENORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO:   4:16-cr-00029-RH-CAS-1

**ERVIN BELL III,**

    **Defendant.**
_____/

## ORDER SUBSTITUTING COUNSEL

This case having come before this Court on the Stipulated Motion for Substitution of Counsel as filed on behalf of the defendant, Ervin Bell III, and being advised that the defendant is moving this Court for substitution of counsel, it is hereby

**ORDERED AND ADJUDGED** that:

Substitution is GRANTED. Attorney Nathan Prince is hereby substituted for any previous attorney of record in the above-styled cause, provided that new counsel honors all previously scheduled dates and deadlines. Attorney Barbara Jean Throne is relieved further obligation to represent the defendant.

**DONE AND ORDERED** this____ , day of _____, 20_____.

_____
UNITED STATES DISTRICT COURT JUDGE

CC:
Assistant United States Attorney Jason Coody
Nathan Prince, Attorney of the Defendant
Attorney Barbara Jean Throne