IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                         CASE NUMBER: 4:16cr29-RH/CAS

ERVIN BELL III
  a/k/a "Norris Bell"
  a/k/a "President"
_____/

## GOVERNMENT'S INFORMATION AND NOTICE OF INTENT

COMES NOW THE UNITED STATES OF AMERICA, by and through the undersigned Assistant United States Attorney, pursuant to Section 851 of Title 21 of the United States Code, and gives this Notice of Intent, that should Defendant be convicted of a drug offense under this Indictment, the United States will seek enhanced penalties as provided under Title 21, U.S.C. §§ 841 and 851, as shown below.

1. Ervin Bell, III has been charged by Indictment in Count One with conspiring to distribute and possess with intent to distribute 500 grams or more of a mixture and substance containing a detectible amount of cocaine, and 28 grams or more of a mixture and substance containing cocaine base, commonly known as "crack cocaine," in violation of Title 21, United States Code §§ 841(a)(1), 841(b)(1)(B)(ii), and 841(b)(1)(B)(iii). This offense is alleged to have occurred

between on or about July 8, 2014, and on or about May 3, 2016, in the Northern District of Florida.

2. Based upon the quantity of drugs the Government anticipates proving, Defendant would normally be subject to statutory penalties in Count One of not less than five (5) years' imprisonment, up to forty (40) years' imprisonment, a fine of $5,000,000.00, and a term of supervised release of at least four (4) years.

3. Prior to the commission of the offense alleged in Count One, the Defendant had been convicted of a felony drug offense:

    a. On or about February 16, 2007, Ervin Bell, III was convicted in the State of Florida of Possession with Intent to Distribute Cocaine.

4. Additional details may be obtained through the state court files and in discovery regarding criminal history, which will be made available to the Defendant as it is received by the Government.

5. It is believed that the conviction as set forth above will subject Ervin Bell, III in Count One to enhanced statutory penalties of not less than ten (10) years' imprisonment, up to life imprisonment, a fine of $8,000,000.00, and a term of supervised release of at least eight (8) years.

6. The Government does hereby give notice that it will seek all enhanced penalties which are available under law in this case.

>
> Respectfully submitted,
>
> CHRISTOPHER P. CANOVA
> UNITED STATES ATTORNEY
>
> */s Jason R. Coody*
> JASON R. COODY
> ASSISTANT U.S. ATTORNEY
> Kansas Bar No. 20805
> 111 North Adams St., 4th Floor
> Tallahassee, FL 32301
> (850) 942-8430
> Jason.Coody@usdoj.gov