# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 4:16cr29-RH/CAS

ERVIN BELL III,

    Defendant.

_____/

## ORDER SUBSTITUTING ATTORNEYS

Based on the notice of substitution of counsel, ECF No. 20, Barbara Jean Throne, is granted leave to withdraw as the defendant's attorney, effective immediately. The appearance of Nathan Prince is noted.

SO ORDERED on June 12, 2016.

                                              s/Robert L. Hinkle
                                              United States District Judge