# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                               CASE NO. 4:16cr29-RH/CAS

ERVIN BELL III,

      Defendant.

_____/

## ORDER RESCHEDULING THE TRIAL FOR SEPTEMBER 6, 2016

Upon consideration of the defendant's motion to continue, I find that a reasonable delay of the trial from July 18, 2016, until the trial period that begins on September 6, 2016, is appropriate, for the reasons set out in the motion. I find that the ends of justice that will be served by granting the continuance outweigh the interests of the public and the defendant in a speedier trial. Accordingly,

      IT IS ORDERED:

The defendant's unopposed motion to continue, ECF No. 23, is GRANTED. The clerk must re-notice the trial for September 6, 2016.

      SO ORDERED on July 8, 2016.

                                        s/Robert L. Hinkle
                                        United States District Judge