# United States District Court
## CRIMINAL MINUTES - Change of Plea

Case No.: __4:16cr29-RH__  
Time: __10:14 - 10:42 am__

Date: __September 7, 2016__

DOCKET ENTRY: CHANGE OF PLEA HEARING: Defendant pleads Guilty to Counts 1, 6, 8, 9, 10, 11 of the Indictment. Sentencing is set for 12/14/2016 at 10:00 am. Defendant is to remain in custody.

PRESENT: **ROBERT L. HINKLE, U. S. DISTRICT JUDGE**

| Elizabeth Lawrence | Janet Williams | Judy Gagnon | Jason Coody | |
|---|---|---|---|---|
| Deputy Clerk | USPO | Court Reporter | Asst. US Attorney | Interpreter |

U. S. A. vs __ERVIN BELL III__  
✔ Present  ✔ Custody  __ O/R

Attorney: __Nathan Prince__  
__ Apptd. ✔ Retained ✔ Present

PROCEEDINGS:
- ___ Waiver of indictment filed
- ___ Information filed
- **X** Defendant is ARRAIGNED and specifically advised of his / her rights.
- **X** Defendant advised of minimum and maximum sentence.
- **X** Written Plea Agreement
- **X** Written Statement of Facts
- ___ Adjudication withheld pending sentencing
- **X** Defendant adjudicated guilty on Count(s) __1, 6, 8, 9, 10, 11__
- **X** Defendant states true name is __Ervin Bell III__
- **X** Court questions Defendant regarding his physical and mental condition, and advises Defendant of the nature and possible consequences of said plea
- **X** Defendant PLEADS __X__ GUILTY to Count(s) __1, 6, 8, 9, 10, 11__
  _____ NOT GUILTY to Count(s) _____
- **X** Referred to Probation Officer for Pre-Sentencing Report
- **X** Sentencing set for: __December 14, 2016 at 10:00 am__

Initials of Deputy Clerk __ERL__