**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

        **Plaintiff**

**v.**                                    **Case No.   4:16cr29-RH/CAS**

**ERVIN BELL, II**
  **a/k/a "Norris Bell"**
  **a/k/a "President**

        **Defendant**

                                          /

**MOTION FOR ENTRY OF
PRELIMINARY ORDER OF FORFEITURE**

The United States of America, by and through the United States Attorney for the Northern District of Florida, respectfully moves this Court pursuant to Federal Rules of Criminal Procedure, Rule 32.2(b) for the issuance of a Preliminary Order of Forfeiture in the above-styled criminal matter against the following property:

**A.    2010 Dodge Challenger SE, VIN# 2B3CJ4DV5AH154757; and**

**B.    2003 Honda Shadow Motorcycle, VIN # JH2RC44663M701876.**

    1.    On May 17, 2016, a Federal Grand Jury sitting in the Northern District of Florida issued a Twelve Count Indictment against the defendant

1

and other co-defendants, specifically charging him with violations of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(ii), 841(b)(1)(B)(iii), and 841(b)(1)(C) – Counts One, Six, and Eight through Eleven. (Doc. 1).

2. The Indictment included a Criminal Forfeiture provision, pursuant to Title 21, United States Code, Section 853. (*Id.*)

3. On September 7, 2016, the defendant pled guilty to Counts One, Six, Eight, Ten, and Eleven of the Indictment. (Docs. 51-53).

4. As part of the Plea Agreement, the defendant specifically agreed to forfeit the above-listed items along with a 1994 Dodge Pickup Truck. Forfeiture of the 1994 Dodge Pickup Truck is not being pursued given the extremely poor condition of the vehicle.

5. Upon issuance of a Preliminary Order of Forfeiture, the United States will publish notice of this Order on the Government's official Internet website, www.forfeiture.gov, and will send direct notice to any person, other than the defendant, having or claiming a legal interest in the property, advising such person of his or her right to file a petition contesting the forfeiture in accordance with Title 21, United States Code, Section 853(n) and Rule 32.2(c). This notice will state that the petition shall be for a hearing to

adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

6. In accordance with the provisions of Title 18, United States Code, Section 924(d)(1) and Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States requests that it be permitted to seize the specific property subject to forfeiture whether held by the defendant or a third party, and to undertake whatever discover is necessary to identify, locate or dispose of the property subject to forfeiture, or substitute assets for such property.

7. It appears from the record in this matter that no Preliminary Order of Forfeiture has been entered as to Items A-B above.

8. A proposed Preliminary Order of Forfeiture will be submitted for the Court's consideration.

WHEREFORE, the United States respectfully requests entry of a Preliminary Order of Forfeiture for the above-described property.

Dated this 12th day of October, 2016.

Respectfully submitted,

CHRISTOPHER P. CANOVA
United States Attorney

*/s/ Jason R. Coody*
JASON R. COODY
Assistant United States Attorney
Kansas Bar No. 20805
Northern District of Florida
111 N. Adams Street, Fourth Floor
Tallahassee, FL 32301
(850) 942-8430