# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

    Plaintiff

v.                                  Case No. 4:16cr29-RH/CAS

**ERVIN BELL, II**
 a/k/a "Norris Bell"
 a/k/a "President

    **Defendant**
_____/

## PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE CAME ON before the Court on the Motion of the United States of America for a Preliminary Order of Forfeiture. Being fully advised in the premises, the Court finds:

WHEREAS, on May 17, 2016, a Federal Grand Jury sitting in the Northern District of Florida issued a Twelve Count Indictment against the defendant and other co-defendants, specifically charging him with violations of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(ii), 841(b)(1)(B)(iii), and 841(b)(1)(C) – Counts One, Six, and Eight through Eleven; and

1

WHEREAS, the Indictment included a Criminal Forfeiture provision, pursuant to Title 21, United States Code, Section 8533; and

WHEREAS, on September 7, 2016, the defendant pled guilty to Counts One, Six, Eight, Ten, and Eleven of the Indictment; and

WHEREAS, as part of the Plea Agreement, the defendant specifically agreed to forfeit his interest in the following property:

A. **2010 Dodge Challenger SE, VIN# 2B3CJ4DV5AH154757; and**

B. **2003 Honda Shadow Motorcycle, VIN # JH2RC44663M701876.**

WHEREAS, upon the entry of this Order, the United States is authorized to seize the assets above, whether held by the defendant or by a third party, and to conduct any discovery proper in identifying, locating or disposing of the property subject to forfeiture, in accordance with Federal Rules of Criminal Procedure, Rule 32.2(b)(3); and

WHEREAS, upon entry of this Order, the United States is authorized to commence any applicable proceeding to comply with statutes governing third party rights, including giving notice of this Order; and

WHEREAS, the United States shall publish notice of the order and its intent to dispose of the property in such a manner as the Attorney General

may direct. The United States may also, to the extent practicable, provide written notice to any person known to have an alleged interest in the subject property; and

WHEREAS, any person, other than the above named defendant, asserting a legal interest in the subject property may, within thirty days of the final publication of notice or receipt of notice, whichever is earlier, petition the court for a hearing without a jury to adjudicate the validity of his alleged interest in the subject property, and for an amendment to the order of forfeiture, pursuant to Title 21, United States Code, Section 853(n); and

WHEREAS, pursuant to Federal Rules of Criminal Procedure 32.2(b)(3), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and will be made a part of the sentence and will be included in the judgment. If no third party files a timely claim, this Order shall become the Final Order of Forfeiture, as provided by Fed. R. Crim. P. 32.2(c)(2); and

WHEREAS, any petition filed by a third party asserting an interest in the subject property shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the subject property, the time and circumstances of the petitioner's

acquisition of the right, title or interest in the subject property, any additional facts supporting the petitioner's claim and the relief sought; and

WHEREAS, after the disposition of any motion filed under Fed. R. Crim. P. 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues; and

WHEREAS, the United States shall have clear title to the subject property following the Court's disposition of all third-party interests, or, if none, following the expiration of the period provided in Title 21, United States Code, Section 853(n) for the filing of third party petitions; and

WHEREAS, the Court shall retain jurisdiction to enforce this Order and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

It is hereby

ORDERED, ADJUDGED and DECREED that based on the foregoing, the defendant's interest in the above-referenced property is hereby forfeited to the United States pursuant to the provisions of Title 21, United States Code, Section 853; and

It is further **ORDERED** that the Court shall retain jurisdiction to

enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

SO ORDERED on October 14, 2016.

s/Robert L. Hinkle
United States District Judge