IN THE UNITED STATES DISTRICT COURT
FOR THENORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 4:16-cr-00029-RH-CAS-1

ERVIN BELL III,

    Defendant.
_____/

## OBJECTIONS TO PRESENTENCE REPORT

COMES NOW Defendant Ervin Bell, through the undersigned attorney, and files the following Objections to the Presentence Report ("PSR") in this matter:

Paragraph 51-52

The drug weight attributed to the defendant in the PSR, 19,106 kilograms of marijuana equivalent (derived from 50 kilograms of powder cocaine and 2,550 grams of crack cocaine), is based almost exclusively on testimony offered by a cooperating defendant. The defense position is that the drug weight attributed to the defendant in the PSR is not supported by a preponderance of the evidence. From December, 2014 through June of 2015, the defendant obtained and distributed approximately two ounces of cocaine each week. By the latter half of 2015 and into 2016, the defendant would usually receive and distribute two to three ounces of cocaine per week. Attributing to the defendant two ounces of cocaine per week from December of 2014 through June of 2015, and two and a

half ounces of cocaine per week from July of 2015 through his arrest on May 20, 2016, he should be held responsible for a total of 163.5 ounces or 4,635.25 grams of cocaine. Accepting the proportion of powder cocaine converted to crack cocaine identified within the PSR, 3.85% (2 out of the 52 kilograms of cocaine attributed to the defendant in the PSR), the correct amount of powder cocaine and crack cocaine attributable to the defendant is 4,456.29 grams (4.46 kilograms) and 178.46 grams respectively. Thus, the correct marijuana equivalent attributable to the defendant is 1,528.64 kilograms.

Paragraph 60

The base level assessed in paragraph 60 of the PSR is 34. However, if the drug weight attributable to the defendant discussed above is accepted by the Court, the base level offense would be 30 (at least 1,000 KG but less than 3,000 KG of marijuana).

Respectfully Submitted,

**/s/ NATHAN R. PRINCE, ESQ.**
FLA. BAR. NO. 60583
LAW OFFICE OF NATHAN PRINCE
P.O. BOX 10030
TALLAHASSEE, FL 32302
OFFICE: 850.601.5690
CELL: 850.559.4202
FAX: 850.270.6444
NATEPRINCELAW@GMAIL.COM

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the original of the foregoing has been furnished by electronic filing to the Clerk of Court and a true and correct copy of the foregoing has been furnished by electronic filing to Assistant United States Attorney Jason Coody, and U.S. Probation Officer Cynthia J. Wilson on this the 30th day of November, 2016.

**RESPECTFULLY SUBMITTED** on this 30th day of November, 2016.

/s/ **NATHAN R. PRINCE, ESQ.**
FLA. BAR. NO. 60583
LAW OFFICE OF NATHAN PRINCE
P.O. BOX 10030
TALLAHASSEE, FL 32302
OFFICE: 850.601.5690
CELL: 850.559.4202
FAX: 850.270.6444
NATEPRINCELAW@GMAIL.COM