# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 4:16cr29-RH/CAS

STACY THYRONE YOUNG and
ERVIN BELL, III,

    Defendant.

_____/

## ORDER CONTINUING SENTENCING

The defendants' unopposed motions to continue the sentencing, ECF Nos. 75 and 77, are GRANTED. The sentencing is rescheduled for February 14, 2017, at 10:00 a.m.

SO ORDERED on December 6, 2016.

                                    s/Robert L. Hinkle
                                    United States District Judge