# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 4:16cr29-RH/CAS

ERVIN BELL III,

    Defendant.

_____/

## ORDER CONTINUING SENTENCING

The defendant's unopposed motion to continue the sentencing, ECF No. 89, is granted. The sentencing is rescheduled for April 14, 2017, at 9:00 a.m.

SO ORDERED on February 13, 2017.

                                    s/Robert L. Hinkle
                                    United States District Judge