

FOR GOVERNMENT AGENCY USE ONLY
DATE CLAIM RECEIVED: _____

# SEIZED ASSET CLAIM FORM

CLAIM FILED TIMELY? Y ☐ N ☐

4:16cr26-RH/CAS

Name: Lawanda M. Bell
Address: 2810 Harwood St.
Telephone No. (850) 443-9690
Agency Case No.: 4:16cr 29-RH/CAS
Seizure No.: 16-DEA-625128

**PART I** City & State of Seizure: Tallahassee, FL

List the items in which you claim an interest. Include sufficient information to identify the items, such as serial numbers, make and model numbers, tail numbers, photographs, and so forth. Additional space is provided on the back of the form. You may attach additional sheets of paper if more space is needed.

1. 2010 Dodge Challenger SE VIN#2B3CJ4DY5AH154757
2. _____
3. _____
4. _____
5. _____
6. _____

## PART II

State your interest in each item of property listed above. Please provide any documents that support your claim of interest in these items. Supporting documentation includes titles, registrations, bills of sale, receipts, etc. Additional space is provided on the back of the form. You may attach additional sheets of paper if more space is needed.

My car was purchased by me. I'm still under contract with the lein holder to continue paying the vehicle off. I am providing a copy of my registration and information from the lein holder concerning my ownership. I have struggled and work hard to pay for this car over the years, and it's not fair that the U.S. Government is

# PART I (continued)

7._____

8._____

9._____

10._____

11._____

12._____

# PART II (continued)

trying to take it from me. I purchased my car in February of the year 2012, which as I stated before I'm still paying/obligated to pay for it. I would like the Federal Government to please return my vehicle to me so that I can finish my obligation to the lien holder. I can provide my bank statement and check stub @ upon request if needed. I save the money for my down payments after decided to purchase this particular car from selling baskets and gifts from home. Continue on the back next page

# PART III
## ATTESTATION AND OATH

I attest and declare under penalty of perjury that my claim to this property is not frivolous and that the information provided in support of my claim is true and correct, to the best of my knowledge and belief.

Lawanda M. Bell
**Name (Print)**

2/16/17
**Date**

Lawanda M. Bell
**Signature**

A FALSE STATEMENT OR CLAIM MAY SUBJECT A PERSON TO PROSECUTION UNDER 18 USC § 1001 AND/OR 1621 AND IS PUNISHABLE BY A FINE AND UP TO FIVE YEARS IMPRSONMENT.

from working at my job The Florida Department of Health. I have received several promotions that has increased my income where I could pay a little extra to try to pay down my balance. I have worked with my job for 12yrs.

Laueanda M. Bell

February 1st 2012 was the exact date of purchase.

| United States Postal Service® | Today's Date | Sender's Name |
|---|---|---|
| **Sorry We Missed You! We Re Deliver for You** 1-17-17 | | |

Item is at:
☑ Post Office™ (See back)

Available for Pick-up After
Date: 1-18  Time: 9:00

For Redelivery
Go to usps.com/redelivery
or see reverse

☒ If checked, you or your agent must be present at time of delivery to sign for item.

USPS Tracking # or Article Number(s)

7012 3460 0001 4835 4962

☑ Letter
___ Large envelope, magazine, catalog, etc.
___ Parcel
___ Perishable Item
___ Other:

For Delivery: (Enter total number of items delivered by service type.)
For Notice Left: (Check applicable item)
___ Priority Mail Express™
☑ Certified Mail™ (Must claim within 15 days or article will be returned)
___ Restricted Delivery
___ Registered Mail™
___ Insured Mail
___ Return Receipt for Merchandise
___ Adult Signature
___ Signature Confirmation™

**Notice Left Section**
Customer Name and Address
Ms Lawanda Bell
2310 Harwood St

Article Requiring Payment
☐ Postage Due  ☐ COD  ☐ Customs
Amount Due $

Delivered By and Date

☐ Final Notice: Article will be returned to sender on

PS Form **3849**, July 2013   usps.com   Delivery Notice/Reminder/Receipt



266 BEACON DRIVE
WINTERVILLE, NC 28590

January 05, 2017



\# 000005058    I=0000

5058 1 AB 0.396
LAWANDA BELL
2810 HARWOOD ST
TALLAHASSEE FL 32301-7026

Account Number: 0561-339282

Dear LAWANDA BELL,

You are now in default on your motor vehicle contract.

As you know, the contract executed by you and owned by Regional provides that you must make your payments on time.

Regional makes demand that you immediately pay the entire past due balance in the sum of $1,557.37.

Your failure to comply may result in exercising our rights under the contract including but not limited to repossession or appropriate legal action once any required additional notices, if any, have been sent to you.

The following methods of payment are available: Automatic Payment Draft, Check By Phone (Speedpay), Credit Card, Money Order, Certified Cashiers Check, Personal Check, Western Union and MoneyGram. Payments can be made over the phone, online at www.regionalacceptance.com or by mailing the payment to the following address:

**Regional Acceptance Corporation
PO Box 580075
Charlotte, NC 28258-0075**

All mailed payments must include your payment coupon in order to prevent a delay in posting the payment to your account.

Thank you for your attention to this matter. If you have any questions concerning this matter, please do not hesitate to contact a member of our staff.

Sincerely,

COLLECTION MANAGER: Mike Martin
COLLECTION PHONE: (866) 259-5318

Form# 0561-339282 500



U. S. Department of Justice

Christopher P. Canova
United States Attorney
Northern District of Florida

---

| | | | |
|---|---|---|---|
| *111 North Adams Street*<br>*4th Floor, U. S. Courthouse*<br>*Tallahassee, FL 32301-1841*<br>*Telephone (850)942-8430*<br>*Fax (850)942-8424* | *300 East University Avenue*<br>*Suite 310*<br>*Gainesville, FL 32601-3460*<br>*Telephone (352)378-0996*<br>*Fax (352)337-2653*<br><br>*Mailing Address:*<br>*401 SE 1st Avenue, Suite 211*<br>*Gainesville, FL 32601-3330* | *21 East Garden Street*<br>*Suite 400*<br>*Pensacola, FL 32502-5675*<br>*Telephone (850)444-4000*<br>*Fax (850)434-9050* | *1001 E. Highway 98*<br>*Second Floor*<br>*Panama City, FL 32401-3632*<br>*Telephone (850)785-3495*<br>*Fax (850)763-3415*<br><br>*Mailing Address:*<br>*30 West Government Street*<br>*Panama City, FL 32401-2758* |

Please Reply To: Tallahassee

January 13, 2017

Ms. Lawanda Bell
2810 Harwood Street
Tallahassee, Florida 32301

Re: United States v. Ervin Bell, III,
Criminal Case No.: 4:16cr29-RH/CAS
CATS ID Number: 16-DEA-625178 – 2010 Dodge Challenger SE

Dear Ms. Bell:

    I received your letter of January 5, 2017, wherein you assert an interest in the 2010 Dodge Challenger SE that is the subject of a pending forfeiture action in the above named criminal case. Your letter is legally deficient to be considered a verified Petition. You failed to comply with Federal Criminal Code and Rules, namely Title 21, United States Code, Section 853(n), because it was not signed by you as the Petitioner under penalty of perjury. Submit a new Petition, verified under oath, that meets all the requirements of Title 21, United States Code, Section 853(n)(3). You must set forth under oath (1) the nature and extent of your right, title, or interest in the property; (2) the time and circumstances of your acquisition of the right, title, or interest in the property; (3) any additional facts supporting your claim; and (4) the relief sought. Failure to include all the required information may result in the dismissal of your Petition.

    Moreover, your Petition must be filed with the **Office of the Clerk, United States District Court for the Northern District of Florida**, 111 North Adams Street, Tallahassee, Florida, 32301, with a *copy* thereof sent to me. As of the date of this letter, the Clerk has not posted on the docket in this case their receipt of your letter.

1

Our records indicate that you were served with notice of this forfeiture action on December 17, 2016. The instructions to file a valid claim were set forth in the Preliminary Order of Forfeiture included in that notice. I have enclosed another copy for your convenience. Please note, you must file a correct *verified* Petition within 30 days of the date notice was received by you. Given you sent a deficient claim within the original 30 days, you have 30 days again to file a valid verified Petition as instructed.

Sincerely,

Christopher P. Canova
United States Attorney

/s/ *Corey J. Smith*
COREY J. SMITH
Assistant United States Attorney

Enclosure
CJS/kmb