IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

    **Plaintiff**

vs.

    Case No. 4:16cr29-RH/CAS

**ERVIN BELL, III**
 a/k/a "Norris Bell"
 a/k/a "President

    **Defendant**
_____/

## FINAL ORDER OF FORFEITURE FOR
## THE 2003 HONDA SHADOW MOTORCYCLE

This matter is before the Court on the government's Motion for Entry of Final Order of Forfeiture by the United States of America. On May 17, 2016, a Federal Grand Jury sitting in the Northern District of Florida issued a Twelve Count Indictment against the defendant and other co-defendants, specifically charging him with violations of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(ii), 841(b)(1)(B)(iii), and 841(b)(1)(C) – Counts One, Six, and Eight through Eleven.

1

(Doc. 1).

WHEREAS, on September 7, 2016, the defendant pled guilty to Counts One, Six, Eight, Ten, and Eleven of the Indictment. (Docs. 51-53).

AND WHEREAS, the indictment included a criminal forfeiture allegation pursuant to Title 21, United States Code, Section 853.

AND WHEREAS, as part of the Plea Agreement, the defendant specifically agreed to forfeit the following property:

**2003 Honda Shadow Motorcycle, VIN # JH2RC44663M701876.**

AND WHEREAS, on October 14, 2016, a Preliminary Order of Forfeiture (Doc. 66) was entered that included the above-listed property. Pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the forfeiture action was published on an official internet government forfeiture site for at least 30 consecutive days.

AND WHEREAS, on November 29, 2016, notice was mailed to Tony Jamison via Certified Mail, Return Receipt Requested and by U.S. Regular Mail.

AND WHEREAS, on November 29, 2016, notice was mailed to Lewanda Bell via Certified Mail, Return Receipt Requested and by U.S. Regular Mail. The certified package was delivered December 17, 2016.

AND WHEREAS, no person or entity has filed a claim.

**IT IS ORDERED** that the above-described property is condemned and forfeited to the United States.

SO ORDERED on February 22, 2017.

s/Robert L. Hinkle<br>
United States District Judge