# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

VS

ERVIN BELL III

SEALED

CASE NO.  4:16cr29-RH

## WARRANT FOR ARREST

**# 714547**

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  <u>ERVIN BELL III</u>

Name

and bring him or her forthwith to the nearest magistrate to answer a

Indictment

charging him or her with:

Conspiracy to distribute and possess with intent to distribute controlled substances;
Distribute a controlled substance

in violation of Title 21 United States Code, Section(s) 846, 841

<u>Jessica J. Lyublanovits</u>
Name of Issuing Officer

*Angela Maxwell* (signature)
Deputy Clerk: Angela Maxwell

Bail fixed at $ <u>Bail Reform Act</u>
and/or in accordance with Comprehensive Crime
Control Act of 1984.

<u>Clerk of Court</u>
Title of Issuing Officer

<u>May 17, 2016      Tallahassee</u>
Date and Location

by <u>Elizabeth M. Timothy</u>
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| *by DEA Tallahassee* |

| DATE RECEIVED 5/17/16 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 5/20/16 | *Matt Rangey, DUSM* | *(signature)* |