**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

v.  Case No. 4:16cr29-RH/CAS

**ERVIN BELL, II**
 a/k/a "Norris Bell"
 a/k/a "President
_____/

**NOTICE OF APPEARANCE
RE: FORFEITURE ONLY**

COMES NOW, COREY J. SMITH, Assistant United States Attorney, Northern District of Florida, and hereby enters a Notice of Appearance as co-counsel for the United States of America in regard to **forfeiture** proceedings, in the above-styled case and requests that copies of all pleadings, forms and documents of whatever nature to be filed in the record in this matter be furnished to the undersigned.

Dated this 21st day of March, 2017.

1

Respectfully submitted,

CHRISTOPHER P. CANOVA
UNITED STATES ATTORNEY

*/s/ Corey J. Smith*
COREY J. SMITH
Assistant United States Attorney
Florida Bar No.: 0120420
United States Attorney's Office
Northern District of Florida
111 North Adams Street, 4th Floor
Tallahassee, FL 32301
(850) 942-8430