# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 4:16cr29-RH/CAS

**ERVIN BELL, II**
  a/k/a "Norris Bell"
  a/k/a "President
 _____/

## MOTION FOR AN ORDER ALLOWING DISCOVERY

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and, pursuant to Federal Rule of Criminal Procedure 32.2(c)(1)(B), requests that the parties be allowed to conduct discovery and alleges:

1. That this case has been assigned to the undersigned for forfeiture proceedings.

2. On October 14, 2016, this Court entered a Preliminary Order of Forfeiture, which included a 2010 Dodge Challenger SE. (Doc. 66)

3. On February 17, 2017, Lawanda M. Bell filed a claim to this automobile. (Doc. 98)

1

4. Rule 32.2(c)(1)(B) of the Federal Rules of Criminal Procedure, provides that the court may "permit the parties to conduct discovery in accordance with the Federal Rules of Civil Procedure if the court determines that discovery is necessary or desirable to resolve factual issues."

5. Rule 26 of the Federal Rules of Civil Procedure governs discovery in ancillary proceedings. Accordingly, parties may obtain discovery regarding any relevant matter that is not privileged. Moreover, the information sought need not be admissible, but must be "reasonably calculated" to lead to admissible evidence. Fed. R. Civ. P. 26(b)(1).

6. Here, the government seeks discovery from Petitioner Lawanda M. Bell concerning the circumstances surrounding her acquisition and payment for the subject property, evidence of her dominion and control over it, knowledge of the vehicle's involvement in illicit activity, and other facts surrounding her alleged ownership interest. This information is necessary to resolve Petitioner's claim to the subject property, which is currently a disputed issue of fact in this proceeding.

7. To obtain this information, the government seeks discovery in any manner authorized by the Federal Rules of Civil Procedure, including, but not limited to, depositions, interrogatories, and document demands.

WHEREFORE, for all the above reasons, the United States requests that the Court issue an order under Fed. R. Crim P. 32.2(c)(1)(B), authorizing discovery in accordance with the Federal Rules of Civil Procedure.

    Respectfully submitted,

    CHRISTOPHER P. CANOVA
    United States Attorney

    */s/ Corey J. Smith*
    COREY J. SMITH
    Assistant United States Attorney
    Florida Bar No.: 0120420
    United States Attorney's Office
    Northern District of Florida
    111 North Adams Street, 4th Floor
    Tallahassee, FL 32301
    (850) 942-8430

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of March, 2017, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF filing system and that Jason R. Coody, co-counsel for plaintiff, is registered to be notified by electronic mail and a copy was mailed to claimant Lawanda Bell, 2810 Harwood Street, Tallahassee, Florida 32301 via U.S. Regular Mail.

/s/ *Corey J. Smith*
COREY J. SMITH
Assistant United States Attorney