IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 4:16cr29-RH/CAS

ERVIN BELL, III,

    Defendant.

_____/

## ORDER ALLOWING DISCOVERY ON
## THE CLAIM TO FORFEITED PROPERTY

The government has moved for leave to conduct discovery on the claim of Lawanda M. Bell to forfeited property. Ms. Bell has not responded to the motion, and the deadline for responding has passed. Upon consideration,

IT IS ORDERED:

The government's motion for leave to conduct discovery, ECF No. 104, is granted. The government and Ms. Bell may conduct discovery in accordance with the Federal Rules of Civil Procedure.

SO ORDERED on April 5, 2017.

                                         s/Robert L. Hinkle
                                         United States District Judge