# United States District Court
## CRIMINAL MINUTES

Case: 4:16cr29-RH/CAS  Time Commenced: 1:00 pm
Date: 4/12/2017  Time Concluded: 1:28 pm

DOCKET ENTRY: Motion Hearing on Motion to Continue held; Motion to Continue GRANTED; Detention Hearing held; Defendant to remain in custody. Sentencing reset for 6/27/2017 at 9:00 am.

PRESENT: HON. **ROBERT L. HINKLE**, UNITED STATES DISTRICT JUDGE

Kimberly Westphal — Deputy Clerk
Judy Gagnon — Court Reporter
Jason Coody — Asst. U.S. Attorney
Carlin Samples / Cindy Wilson — Probation Officer
Interpreter

U.S.A. v. (DEFENDANTS LISTED BELOW)  ATTORNEY FOR DEFENDANT:
(1) **ERVIN BELL III**  (1) Nathan Prince
✔ present ✔ custody ___ bond ___ O/R  ✔ present ✔ appt. ___ ret

PROCEEDINGS:
1:00  Court in session
1:01  Court addresses attorneys
1:05  Motion Hearing held
      Argument to the Court by Government (Coody)
1:19  Argument to the Court by Defense (Prince)
      Ruling made by the Court: Sentencing will be reset
      Detention Hearing held
1:22  Argument on Detention to the Court by Defense (Prince)
1:24  Ruling made by the Court:
      Sentencing to be reset to 6/27/2017 at 9:00 am
      Defendant to remain in custody
1:28  Court adjourned

Initials of Deputy Clerk: KJW