# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.            CASE NO. 4:16cr29-RH/CAS

ERVIN BELL III,

    Defendant.

_____/

## ORDER CONTINUING SENTENCING AND DENYING THE MOTION FOR RELEASE

For the reasons set out on the record of the hearing on April 12, 2017,

IT IS ORDERED:

1. The defendant's unopposed motion to continue the sentencing, ECF No. 108, is granted. The sentencing is rescheduled for June 27, 2017, at 9:00 a.m.

2. The defendant's motion for release pending sentencing, ECF No. 108, is denied.

SO ORDERED on April 12, 2017.

                         s/Robert L. Hinkle
                         United States District Judge