**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"



| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 4:16CR29/RH |
| DEFENDANT | TYPE OF PROCESS |
| ERVIN BELL, III | Final Order of Forfeiture/Disposal |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
JULIE WHITE - UNITED STATES MARSHALS SERVICE
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
111 N. ADAMS STREET, TALLAHASSEE, FLORIDA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

AUSA COREY J. SMITH
UNITED STATES ATTORNEY'S OFFICE
111 NORTH ADAMS STREET, 4TH FLOOR
TALLAHASSEE, FLORIDA 32301

| Number of process to be served with this Form 285 | |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Attached please find a Final Order of Forfeiture entered on February 22, 2017, in the above-referenced case. Please dispose of asset in accordance with law.
(17-DEA-625987) 2003 Honda Shadow Motorcycle, VIN# JH2RC44663M701876.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (850) 942-8430
DATE: 3/17/17

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 
District of Origin: No. 17
District to Serve: No. 17
Signature of Authorized USMS Deputy or Clerk: Julie White
Date: 3/20/17

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only different than shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 4/12/17
Signature of U.S. Marshal or Deputy: Julie White

RECEIVED U.S. MARSHAL NORTHERN FLORIDA TALLAHASSEE MAR 20 AM 10: 53

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:
Asset disposed of in accordance with law on 4/11/17.

PRINT 5 COPIES
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

Rec'd APR 12 '17 UsDcFln4PM0312