# United States District Court
## CRIMINAL MINUTES - SENTENCING

Case No. 4:16cr29-RH  
Date June 27, 2017  
Time Commenced: 8:58 a.m.  
Time Concluded: 11:39 a.m.

PROCEEDINGS: Sentencing Hearing Held. Defendant is sentenced to 188 months BOP on all counts to run concurrent. Defendant is placed on Supervised Release for 8 years on Count 1 and 6 years on Counts 6, 8-11 all to run concurrent. SMA $600.00. Fine waived.

PRESENT: HON. **JUDGE ROBERT L. HINKLE** Presiding

| Elizabeth Lawrence | Julie Wycoff | Jason Coody |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

| Cindy Wilson | |
|---|---|
| Probation Officer | Interpreter |

U.S.A v  
(1) ERVIN BELL III  
✔ present ✔ custody __ O/R

ATTORNEYS FOR DEFENDANT  
Nathan Prince  
✔ present __ apptd. ✔ retained

**X** DFT has read the PSR report and has discussed it with attorney.

**X** Objections were made to the PSR.

____ Notice of Enhancement filed ____ Court Question defendant about prior conviction

____ Report & Recommendation of US Magistrate Judge is Accepted ____ Court Accepts Guilty Plea

**X** DEFENDANT ADJUDICATED GUILTY OF COUNT(S): 1, 6, 8-11 ; SENTENCE IMPOSED:

**X** REMANDED to custody of Bureau of Prisons:  
on count(s) 1, 6, 8-11 imprisonment for a term of 188 months  
_____ imprisonment for a term of ____ years  
with sentences to run **X** concurrently or ____ consecutively

**X** S/R or PROBATION:  
**X** Supervised Release upon completion of term of imprisonment for a period of 8 years on Count 1 and 6 years on Counts 6, 8-11 all to run concurrent.  
____ Probation for a period of ____ years.  
____ Home Detention of ____ months with Electronic Monitoring

**X** FINE PAYMENT: **X** Fine waived; ____ Fine of $____; **X** SMA OF $ 600.00 due immediately

____ RESTITUTION: Dft is liable for restitution of:  
$_____ made payable to _____  
____ DFT is jointly and severally liable for restitution with _____

**X** FORFEITURE: ____ No forfeiture order **X** DFT. to forfeit assets identified in the forfeiture order

**X** CUSTODY STATUS:  
**X** DFT committed to the custody of the U.S. Department of Justice.

**X** ADDITIONAL RECOMMENDATION:

   **X**   Substance Abuse Treatment while in the custody of BOP
   **X**   Designation near   Tallahassee, FL

**X**   SPECIAL CONDITIONS OR MODIFICATIONS:
   \_\_\_ DFT shall cooperate with the US Probation Officer and the DHS regarding Immigration status
        If removed dft shall not re-enter the United States without permission of the Attorney General
   **X**  DFT to report to the USPO in the district where released within 72 hours of release from custody of BOP.
   **X**  DFT shall not own or possess a firearm, dangerous weapon or destructive device.
   **X**  DFT shall submit to: **X**  testing for the use of drugs or alcohol;
    **X**  Substance abuse treatment as may be directed by US Probation Officer;
    \_\_\_ Mental Health treatment if deemed necessary by the Probation Officer.
   **X**  DFT shall provide requested financial information to the U.S. Probation Officer.
   \_\_\_ DFT shall make any unpaid restitution on a payment schedule to be determine by the US Probation Officer.
   \_\_\_ Upon release dft to: \_\_\_ maintain employment or enroll as full-time student;
        \_\_\_ complete High School Education.
   \_\_\_ DFT shall notify the probation officer ten days prior to any change of residence or employment.
   \_\_\_ DFT shall cooperate with the US Probation Officer and/or the appropriate state agency in the establishment and enforcement of child support payments.
   \_\_\_ DFT shall cooperate with the US Probation Department in the collection of DNA samples as required by 42 U.S.C. § 14135a.

\_\_\_   ADDITIONAL TERMS:

\_\_\_   Remaining count(s)\_\_\_ are dismissed on government motion.

**X**   Court informs Dft of right to appeal.
   \_\_\_ Dft request that the Clerk of Court file a notice of Appeal on his/her behalf.


PROCEEDINGS:

| Time | Event |
|---|---|
| 8:58 | Court in session |
| 8:59 | Court reviews sentencing guidelines |
| 9:00 | Government witness: George Stinson - sworn, direct (Coody) |
| 9:25 | Cross examine by Defense (Prince) |
| 9:39 | Redirect by Government (Coody) |
| 9:45 | Court questions witness |
| 9:52 | Argument by Government as to weight objection to PSR (Coody) |
| 9:55 | Response by Defense (Prince) |
| 10:01 | Rebuttal by Government (Coody) |
| 10:05 | Ruling by Court as to weight objection and guidelines are stated |
| 10:10 | Statement to the Court by Defense (Prince) |
| 10:16 | Statement to the Court by Walter Blackmon |
| 10:20 | Statement to the Court by Loretha Curry |
| 10:27 | Court in recess |

| Time | Event |
|---|---|
| 11:00 | Court in session |
| 11:01 | Statement to the Court by Yolanda Bell |
| 11:02 | Statement to the Court by Defense (Prince) |
| 11:11 | Statement to the Court by Defendant |
| 11:14 | Statement to the Court by Government (Coody) |
| 11:22 | Statement to the Court by Defense (Prince) |
| 11:23 | Court states sentence that will be imposed with reasoning |
| 11:35 | Ruling by Court: Defendant is sentenced to 188 months BOP on all counts to run concurrent. Defendant is placed on Supervised Release for 8 years on Count 1 and 6 years on Counts 6, 8-11 all to run concurrent. SMA $600.00. Fine waived. |
| 11:39 | Court adjourned |

Initials of Deputy Clerk: ERL