IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 4:16cr29-RH/CAS

ERVIN BELL, II
  a/k/a "Norris Bell"
  a/k/a "President
                                   /

## NOTICE OF RETURN OF PROPERTY

COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney, and states the following:

1. On May 17, 2016, a Federal Grand Jury sitting in the Northern District of Florida issued a twelve count Indictment against the defendant and other co-defendants, specifically charging him with violations of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(ii), 841(b)(1)(B)(iii), and 841(b)(1)(C) – Counts One, Six, and Eight through Eleven. (Doc. 1).

2. The Indictment included a Criminal Forfeiture provision, pursuant to Title 21, United States Code, Section 853. (*Id.*)

3. On September 7, 2016, the defendant pled guilty to Counts One, Six, Eight, Ten, and Eleven of the Indictment. (Docs. 51-53).

4. On October 14, 2016, a Preliminary Order was entered forfeiting a 2010 Dodge Challenger, SE, and a 2003 Honda Shadow Motorcycle, as to the defendant's interest.

5. On February 17, 2017, a valid Claim was filed by Lawanda Bell claiming an interest in the 2010 Dodge Challenger SE as the titled owner. (Doc.98)

6. One February 22, 2017, a Final Order of Forfeiture was entered against the 2003 Honda Shadow Motorcycle only. (Doc. 99)

7. On June 27, 2017, the defendant, Ervin Bell, III, was sentenced and as part of the Judgment, the forfeiture of the 2003 Honda Shadow Motorcycle was the only asset listed. (Doc. 116).

8. Discovery on the 2010 Dodge Challenger SE was initiated with Lawanda Bell and Ms. Bell provided interrogatory responses. After review of the interrogatory responses and further investigation, the government has decided to release the vehicle to the Claimant Lawanda Bell.

9. By receiving the vehicle back from the government, Lawanda Bell will agree to release, hold harmless, acquit, and discharge the United States of America, the Drug Enforcement Administration, the United States Marshal's Service, any state or local law enforcement agencies, its successors, assignees, agents, and employees from any and all claims, demands and causes of actions or suits,

agreements, deposited sums, judgments, damages, losses of service, expenses of whatever kind and description, and wheresoever situated, that might exist by reason of or arising out of the seizure of the vehicle described more fully above. This includes any payments due and owing to Regional Acceptance Corporation, as the lien holder on the 2010 Dodge Challenger SE, that might be in arrears or owed by Lawanda Bell. In return, the United States agrees to waive any and all storage fees incurred by the government.

Respectfully submitted,

CHRISTOPHER P. CANOVA
United States Attorney


*/s/ Corey J. Smith*
COREY J. SMITH
Assistant United States Attorney
Florida Bar No.: 0120420
United States Attorney's Office
Northern District of Florida
111 North Adams Street, 4th Floor
Tallahassee, FL 32301
(850) 942-8430