

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 4:16CR29/RH-CAS |
| DEFENDANT | TYPE OF PROCESS |
| ERVIN BELL, III | Return of Property |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
UNITED STATES MARSHAL'S SERVICE: ATTN: JULIE WHITE

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
TALLAHASSEE, FLORIDA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

AUSA COREY J. SMITH
UNITED STATES ATTORNEY'S OFFICE
111 NORTH ADAMS STREET, 4TH FLOOR
TALLAHASSEE, FLORIDA 32301

| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Please return the asset to the owner, Lawanda Bell, 2810 Harwood Street, Tallahassee, Florida 32301 and waive any and all storage fees.
16-DEA-625178 - 2010 Dodge Challenger SE, VIN# 2B3CJ4DV5AH154757

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (850) 942-8430
DATE: 6/28/17

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

Total Process: 
District of Origin: No. 17
District to Serve: No. 17
Signature of Authorized USMS Deputy or Clerk: Julie White
Date: 7/2/17

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)
6615 MOBILE HIGHWAY
PENSACOLA, FL.

Date: 7/20/17
Time: 11:15 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS

Vehicle returned to owner per AUSA.

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S Marshal
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev 12/15/80
Automated 01/00

Rec'd JUL 26 '17 USDC FLN 4PM 0307