# MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District Northern District |
|---|---|
| Name (under which you were convicted): ERVIN BELL | Docket or Case No.: 4:16-CR-29-RH |
| Place of Confinement: Yazoo City (LOW) | Prisoner No.: 25137-017 |
| UNITED STATES OF AMERICA v. | Movant (include name under which convicted) ERVIN BELL |

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: U.S. Dist. Court for Northern Dist. of Tallahassee

   (b) Criminal docket or case number (if you know): 4:16-CR-29-RH

2. (a) Date of the judgment of conviction (if you know): 6/27/2017

   (b) Date of sentencing: 6/27/2017

3. Length of sentence: 188 months term of imprisonment

4. Nature of crime (all counts): Count One: Conspiracy to distribute and possess 500 grams or more of cocaine and 28 grams of crack cocaine or more pursuant to 21 U.S.C. §846 & 841(a)(1) & (b)(1)(B). Count(s) Six, Eight, Ten and Eleven: Distribution of cocaine 841(a) & (b)(1)(B); and Count Nine: Distribution of cocaine base 841(a) & (b)(1)(B).

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐   (2) Guilty ☒   (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? _____

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☐   Judge only ☐
7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐   No ☐

FiledMAR28'18USDCFln4AM1156



8. Did you appeal from the judgment of conviction?     Yes ☐     No ☒

9. If you did appeal, answer the following:
   (a) Name of court: _____
   (b) Docket or case number (if you know): _____
   (c) Result: _____
   (d) Date of result (if you know): _____
   (e) Citation to the case (if you know): _____
   (f) Grounds raised: _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____

   (g) Did you file a petition for certiorari in the United States Supreme Court?     Yes ☐   No ☒
       If "Yes," answer the following:
       (1) Docket or case number (if you know): _____
       (2) Result: _____
       (3) Date of result (if you know): _____
       (4) Citation to the case (if you know): _____
       (5) Grounds raised: _____
       _____
       _____
       _____
       _____
       _____
       _____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?
    Yes ☐   No ☒

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: _____
        (2) Docket or case number (if you know): _____
        (3) Date of filing (if you know): _____
        (4) Nature of the proceeding: _____
        (5) Grounds raised: _____

Page 4

_____
_____
_____
_____
_____
_____
_____
_____

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?

        Yes ☐ No ☐

    (7) Result: _____

    (8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

_____
_____
_____
_____
_____
_____
_____
_____

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?

        Yes ☐ No ☐

    (7) Result: _____

    (8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

    (1) First petition:    Yes ☐ No ☒

    (2) Second petition:  Yes ☐ No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: <u>Counsel did not wish to file an appeal on my behalf even when requested to do so.</u>

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

**GROUND ONE:** Counsel rendered ineffective assistance failing to file a notice of appeal

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Petitioner requested his attorney to file his appeal after being advised that he had a right to appeal, counsel expressed to Petitioner that he did not have any appealable issue to address on appeal. The final decision not file the notice of appeal was based on counsel's determination of issues that would not have any merits on appeal not what Petitioner had requested to seek an appeal of his sentence.

(b) **Direct Appeal of Ground One:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

      Yes ☐ No ☒

   (2) If you did not raise this issue in your direct appeal, explain why: Counsel failed to file a Notice of Appeal.

(c) **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

      Yes ☐ No ☒

   (2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

   (3) Did you receive a hearing on your motion, petition, or application?

      Yes ☐ No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐  No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐  No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: <u>This issue deals with the facts that counsel deprived Petitioner of his right to seek a direct appeal of his sentence and could not have been raised early on in any proceedings.</u>

**GROUND TWO:** <u>Counsel was ineffective by failing to file proper objections to the PSI.</u>

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): <u>Petitioner was subjected to three separate U.S.S.G. enhancements that raised his base offense levels based on the Court's relevant conduct findings provided by a preponderance of the evidence standard. The Court had erred based on the unreliable evidence alleged by the government, and counsel failed to make the proper objection during sentencing.</u>

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐  No ☒

(2) If you did not raise this issue in your direct appeal, explain why: <u>Counsel failed to file a notice of appeal denying Petitioner the right and opportunity to make such challenge.</u>

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

    Yes ☐  No ☐

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:_____

Name and location of the court where the motion or petition was filed:_____

_____

Docket or case number (if you know):_____

Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available):_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ☐  No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ☐  No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☐  No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:_____

_____

Docket or case number (if you know):_____

Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available):_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: __Counsel failed to to pursue an appeal or file a notice allowing Petitioner to make an appeal._____

_____

**GROUND THREE:** __Counsel was ineffective for failing to challenge the 851 enhancement and alleged weight of drug for sentencing.__

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): __Counsel was ineffective for failing to challenge Petitioner's Florida drug__

conviction for which the government relied upon for its 851 enhancement to apply and the drug quantity amounts attributed to Petitioner's base offense levels.

(b) **Direct Appeal of Ground Three:**

  (1) If you appealed from the judgment of conviction, did you raise this issue?

   Yes ❑  No ☒

  (2) If you did not raise this issue in your direct appeal, explain why: No appeal filed because of counsel's decision not to pursue an appeal.

(c) **Post-Conviction Proceedings:**

  (1) Did you raise this issue in any post-conviction motion, petition, or application?

   Yes ❑  No ❑

  (2) If your answer to Question (c)(1) is "Yes," state:

  Type of motion or petition: _____

  Name and location of the court where the motion or petition was filed: _____

  Docket or case number (if you know): _____

  Date of the court's decision: _____

  Result (attach a copy of the court's opinion or order, if available): _____

  (3) Did you receive a hearing on your motion, petition, or application?

   Yes ❑  No ❑

  (4) Did you appeal from the denial of your motion, petition, or application?

   Yes ❑  No ❑

  (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

   Yes ❑  No ❑

  (6) If your answer to Question (c)(4) is "Yes," state:

  Name and location of the court where the appeal was filed: _____

  Docket or case number (if you know): _____

  Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: <u>Reasons stated above on other grounds herein</u>

GROUND FOUR: <u>N/A</u>

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): <u>N/A</u>

(b) Direct Appeal of Ground Four:

   (1) If you appealed from the judgment of conviction, did you raise this issue?

      Yes ☐   No ☐

   (2) If you did not raise this issue in your direct appeal, explain why: <u>N/A</u>

(c) Post-Conviction Proceedings:

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

      Yes ☐   No ☐

   (2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion, petition, or application?
    Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
    Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
    Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: __See Page 5_____

_____

_____

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: __None of these claims have been raised in any court and only now there are based on ineffective assistance of counsel.__

_____

_____

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the judgment you are challenging? Yes ☐  No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

    (a) At preliminary hearing: __Court appointed__

    (b) At arraignment and plea: __Nathan Prince__

    (c) At trial: __N/A__

    (d) At sentencing: __Nathan Prince__

    (e) On appeal: __N/A__

    (f) In any post-conviction proceeding: __pro-se__

    (g) On appeal from any ruling against you in a post-conviction proceeding: __N/A__

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time? Yes ☒ No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?     Yes ☐ No ☒

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

    (b) Give the date the other sentence was imposed: _____

    (c) Give the length of the other sentence: _____

    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?     Yes ☐ No ☐

18. **TIMELINESS OF MOTION:** If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

<u>Petitioner was sentenced June 27, 2017 and did not pursue a direct appeal to the 11th Circuit Court of Appeals therefore his 2255 is due on June 27, 2018 pursuant to 28 U.S.C. §2255(f)(1).</u>

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
(1) the date on which the judgment of conviction became final;
(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief: <u>Dismiss all claims without prejudice except grounds one, and grant Petitioner his right to file a direct appeal based on the facts alleged.</u>
or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion Under 28 U.S.C. § 2255 was placed in the prison mailing system on <u>3-22-2018</u>
_____ (month, date, year).

Executed (signed) on <u>3-22-2018</u> (date).

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. _____
_____
_____

\* \* \* \* \*

Ervin Bell 25137-017 (B-1-921L)
Federal Correctional Complex (Low)
P.O. Box 5000
Yazoo, Mississippi 39194

CHECKED MAR 28 2018