IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

vs.   Case Nos.:   4:16cr29/RH/CAS
                                4:18cv168/RH/CAS

ERVIN BELL, III,
   Reg. No. 25137-017,
   Defendant.

---

## **O R D E R**

This case is before the Court on Defendant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence, and his memorandum in support thereof. (ECF Nos. 121, 122). Pursuant to Rule 4(b) of the Rules Governing § 2255 proceedings, the Government will be required to file an answer, motion or other response. In its response, the Government should specifically respond to each of Defendant's claims, citing relevant case law and identifying pertinent portions of the record. Upon receipt of the Government's response, the court will review the record before determining whether further response or an evidentiary hearing is warranted on one or more of Defendant's claims.

The court will not conduct an evidentiary hearing unless it is required to evaluate conflicting factual evidence or other evidence outside the record

to rule on Defendant's motion. If an evidentiary hearing is scheduled, counsel will be appointed for Defendant. If it does not appear that a hearing or additional argument is necessary, the undersigned magistrate judge will review the file and recommend disposition of the motion as justice requires.

Accordingly, it is **ORDERED**:

1. The Clerk is directed to furnish a copy of this order to the United States Attorney for this district who shall file an answer or other appropriate pleading no later than **June 4, 2018.**

2. Defendant may file his reply, if any, on or before **July 5, 2018.**

**DONE AND ORDERED** this 2nd day of April, 2018.

/s/ CHARLES A. STAMPELOS
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**