# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  Case Nos. 4:16cr29-RH/CAS
 4:18cv168-RH/CAS

ERVIN BELL III,

    Defendant.
_____/

## NOTICE OF APPEARANCE

The United States gives notice that, from this point forward, it will be represented in this action by Assistant United States Attorney Andrew J. Grogan. All further pleadings and correspondence in this action should be directed to the undersigned.

    Respectfully submitted on April 30, 2018,

    CHRISTOPHER P. CANOVA
    United States Attorney

    */s/ Andrew J. Grogan*
    ANDREW J. GROGAN
    Assistant United States Attorney
    Florida Bar No. 85932
    111 N. Adams Street
    Tallahassee, FL 32301
    (850) 942-8430
    andrew.grogan@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that this notice was filed electronically via the CM/ECF filing system on this 30th day of April, 2018 and that Ervin Bell, Register # 25137-017, was furnished a copy via U.S. Postal Mail at FCI Yazoo City Low Federal Correctional Institution, P.O. Box 5000, Yazoo City, Mississippi 39194.

*/s/ Andrew J. Grogan*
ANDREW J. GROGAN
Assistant United States Attorney