**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA,

v.  Case Nos. 4:16cr29-RH/CAS-1
 4:18cv168-RH/CAS

ERVIN BELL III,

       Defendant.
_____/

**GOVERNMENT'S MOTION FOR EXTENSION
OF TIME TO RESPOND TO DEFENDANT'S MOTION
TO VACATE, SET ASIDE, OR CORRECT SENTENCE**

Defendant Ervin Bell III moves for relief from his sentence. He contends that he received ineffective assistance of counsel. For the following reasons, the government respectfully requests a brief extension of time to respond to the motion.

On March 28, 2018, Defendant filed his motion for relief from his sentence. ECF 121. On April 2, 2018, the Court ordered the government to file a response by June 4, 2018. ECF 123.

The undersigned recently assumed responsibility for this matter and filed a notice of appearance on April 30, 2018. ECF 124. The

government has obtained a sworn statement from defense counsel. Based on that statement, it appears that an evidentiary hearing might be necessary. However, due to the press of other matters—specifically a complicated dispositive motion for summary judgment in another case— a response in this case is only partially complete. Thus, there is good cause for a brief extension of time, which will not prejudice Defendant.

Accordingly, the government respectfully requests that the Court extend the time so that a response to Defendant's motion is due or before June 15, 2018. See Fed. R. Civ. P. 6(b).

Respectfully submitted on June 3, 2018,

CHRISTOPHER P. CANOVA
United States Attorney

*/s/ Andrew J. Grogan*
ANDREW J. GROGAN
Assistant United States Attorney
Northern District of Florida
Florida Bar No. 85932
111 N. Adams Street
Tallahassee, FL 32301
(850) 942-8430
andrew.grogan@usdoj.gov

## LOCAL RULE 7.1(F) CERTIFICATE

I certify that this memorandum complies with the type-volume limitation of Local Rule 7.1(F) because this paper contains 372 words.

                                                                        */s/ Andrew J. Grogan*
                                                                         ANDREW J. GROGAN
                                                                         Assistant United States Attorney

## CERTIFICATE OF SERVICE

I certify that this notice was filed electronically via the CM/ECF filing system on this 3rd day of June, 2018 and that Ervin Bell III, Register # 25137-027, was furnished a copy via U.S. Postal Mail at Federal Correctional Complex (Low), P.O. Box 5000, Yazoo, Mississippi 39194.

                                                                        */s/ Andrew J. Grogan*
                                                                         ANDREW J. GROGAN
                                                                         Assistant United States Attorney