IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                        Case Nos. 4:16cr29-RH/CAS-1
                                                                         4:18cv168-RH/CAS

ERVIN BELL III,

        Defendant.
                                             /

## GOVERNMENT'S SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE

Defendant Ervin Bell III moves for relief from his sentence. He contends that he received ineffective assistance of counsel. For the following reasons, the government respectfully requests a second extension of time to respond to the motion.

On March 28, 2018, Defendant filed his motion for relief from his sentence. ECF 121. On April 2, 2018, the Court ordered the government to file a response by June 4, 2018. ECF 123. On June 3, 2018, the government moved for a 2-week extension of time to respond to the motion. ECF

1

125. The Court granted the motion, making the government's response due on or before June 15, 2018.

However, the undersigned requested the first extension under the mistaken belief that the government had ordered the transcript of the June 27, 2017, sentencing hearing. In preparing the response, the undersigned learned that the transcript had not been ordered. The government is in the process of ordering the sentencing transcript. While the transcript may not be dispositive, it is likely relevant to Defendant's claim of ineffective assistance with regard to the drug quantity that he was held responsible for, or to his claim regarding the lack of an appeal. In the interest of having a fully developed record of the underlying proceeding, there is good cause for an additional extension of time to respond to Defendant's motion.

Accordingly, the government respectfully requests that the Court extend the time so that a response to Defendant's motion is due or before July 23, 2018. See Fed. R. Civ. P. 6(b).

Respectfully submitted on June 14, 2018,

CHRISTOPHER P. CANOVA
United States Attorney

*/s/ Andrew J. Grogan*
ANDREW J. GROGAN
Assistant United States Attorney
Florida Bar No. 85932
111 N. Adams Street
Tallahassee, FL 32301
(850) 942-8430
andrew.grogan@usdoj.gov

**LOCAL RULE 7.1(F) CERTIFICATE**

I certify that this paper complies with the type-volume limitation of Local Rule 7.1(F) because this paper contains 280 words.

*/s/ Andrew J. Grogan*
ANDREW J. GROGAN
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I certify that this notice was filed electronically via the CM/ECF filing system on this 14th day of June, 2018 and that Ervin Bell III, Register # 25137-027, was furnished a copy via U.S. Postal Mail at Federal Correctional Complex (Low), P.O. Box 5000, Yazoo, Mississippi 39194.

*/s/ Andrew J. Grogan*
ANDREW J. GROGAN
Assistant United States Attorney