# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                    Case Nos. 4:16cr29-RH/CAS-1
                                                4:18cv168-RH/CAS

ERVIN BELL III,

                    Defendant.

_____/

## GOVERNMENT'S THIRD MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE

Defendant Ervin Bell III moves for relief from his sentence. He contends that he received ineffective assistance of counsel. For the following reasons, the government respectfully requests a third extension of time to respond to the motion.

On June 14, 2018, the government requested a second extension of time until July 23, 2018, in order to obtain the transcript of sentencing in this matter. ECF 127. The Court granted that extension. ECF 128. While the transcript may not be dispositive, it is likely relevant to Defendant's claim of ineffective assistance with regard to the drug quantity

that he was held responsible for, or to his claim regarding the lack of an appeal. The government requested the transcript on June 14, 2018. However, it is not yet available. In the interest of having a fully developed record of the underlying proceeding, there is good cause for an additional extension of time to respond to Defendant's motion.

Accordingly, the government respectfully requests that the Court extend the time so that a response to Defendant's motion is due on or before July 31, 2018. See Fed. R. Civ. P. 6(b).

Respectfully submitted on July 23, 2018,

CHRISTOPHER P. CANOVA
United States Attorney

*/s/ Andrew J. Grogan*
ANDREW J. GROGAN
Assistant United States Attorney
Northern District of Florida
Florida Bar No. 85932
111 N. Adams Street
Tallahassee, FL 32301
(850) 942-8430
andrew.grogan@usdoj.gov

## LOCAL RULE 7.1(F) CERTIFICATE

I certify that this paper complies with the type-volume limitation of Local Rule 7.1(F) because this paper contains 206 words.

*/s/ Andrew J. Grogan*
ANDREW J. GROGAN
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I certify that this notice was filed electronically via the CM/ECF filing system on this 23rd day of July, 2018 and that Ervin Bell III, Register # 25137-017, was furnished a copy via U.S. Postal Mail at FCI Yazoo City Low, Federal Correctional Institution, P.O. Box 5000, Yazoo, Mississippi 39194.

*/s/ Andrew J. Grogan*
ANDREW J. GROGAN
Assistant United States Attorney