IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.
                                                             4:16cr29/RH/CAS
                                                           4:18cv168/RH/CAS

ERVIN BELL, III
    Reg. No. 25137-017
_____

## ORDER SETTING EVIDENTIARY HEARING

An evidentiary hearing shall be conducted in this cause before the undersigned on **Wednesday, October 3, 2018** at **10:00 a.m. (Eastern Time)** at the United States Courthouse, 111 North Adams Street, Tallahassee, Florida 32301. This hearing shall be limited to the issue of whether Defendant's trial attorney rendered constitutionally ineffective assistance in failing to file an appeal as alleged in Ground One of his § 2255 motion, memorandum, and supporting documents. (ECF Nos. 121, 122).

The Federal Public Defender is appointed for the limited purpose of representing Defendant Bell at this hearing. The court will obtain

Case Nos: 4:16cr29/RH/CAS; 4:18cv168/RH/CAS

Defendant's presence by writ of habeas corpus ad testificandum. Counsel are directed to exchange all exhibits, if any, on or before **September 19, 2018.**

The clerk is directed to provide a copy of this order to the Office of the Federal Public Defender.

DONE AND ORDERED this 6th day of August, 2018.

                **S/** CHARLES A. STAMPELOS
                **CHARLES A. STAMPELOS**
                **UNITED STATES MAGISTRATE JUDGE**

Case Nos: 4:16cr29/RH/CAS; 4:18cv168/RH/CAS