IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

vs.  Case Nos.: 4:16cr29/RH/MAF
                4:22cv19/RH/MAF

ERVIN BELL, III

---

# O R D E R

Defendant filed a counseled Motion to Vacate, Set Aside or Correct Sentence Under 28 U.S.C. § 2255 (ECF No. 172), and the Government responded in opposition to his motion (ECF No. 175). Defendant has now filed an Unopposed Motion for Extension of Time to File Reply. (ECF No. 180.) Good cause having been shown, the requested extension will be granted.

Accordingly, it is **ORDERED**:

Defendant may file his reply, if any, on or before **March 1, 2022.**

**DONE AND ORDERED** this 17th day of February, 2022.

        /s/ MARTIN A. FITZPATRICK
        **MARTIN A. FITZPATRICK**
        **UNITED STATES MAGISTRATE JUDGE**