TRULINCS 25137017 - BELL, ERVIN III - Unit: COL-F-D

---

FROM: 25137017
TO:
SUBJECT: Letter Requisition Legal Counsel
DATE: 11/14/2022 01:08:34 PM

RE: CASE NO. 4:16-CR-29-RH-MAF-1

Honorable Judge Henkle
via US Mail

Dear Judge Henkle,

I hereby would like to request that you appoint legal counsel for me in order to file a 2255 motion relating to the enhancement I received as part of my sentencing. I received an 851 Enhancement, "Organizer Management" Enhancement, and one for utilizing a premises to manufacture and distribute which also provided me an enhancement.

My family scraped its last money to hire a lawyer, who dropped my case without notifying me. Leaving me high and dry and without the requisite funds to hire another attorney. I am in the process of going through the Florida Bar, in order to get my money back, but I have no idea how long that will take. I have been attempting to get a lawyer to come in, in the middle of my case, but have been unwilling to find someone willing. All lawyers I have spoken to all prefer to come in during the onset of the case. I am not sure I can even come up with the money to pay them if they agree.

I am getting very close to being time barred, so the appointment of legal counsel, in an expeditious manner is very critical.

I appreciate any help that you can provide me in this matter.

Respectfully,



Ervin Bell III



FILED USDC FLND TL
NOV 21 '22 PM 4:31

Ervin Bell 2513[illegible]
FCI Coleman
Satellite Camp
P.O. Box 1027
Coleman, Fl. 33521

NOV 1 7 2022

TAMPA FL 335
SAINT PETERSBURG FL
17 NOV 2022 PM 7 L

United States Court House
c/o Honorable Judge Hinkle
111 North Adams St. 3rd Fl.
Tallahassee, Florida 32301-7730

32301-773045