IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

vs.                         Case Nos.:  4:16cr29/RH/MAL
                                                 4:22cv19/RH/MAL

ERVIN BELL, III

---

**O R D E R**

Defendant filed a counseled Motion to Vacate, Set Aside or Correct Sentence Under 28 U.S.C. § 2255 on January 3, 2022 (ECF No. 172), and the Government responded in opposition to his motion (ECF No. 175). On April 6, 2023, the Court received a pro se Motion to Supplement Defendant's § 2255 motion. ECF No. 187. Defendant claims his attorney of record filed the § 2255 petition without prior consultation or review and counsel has "not responded to either of Mr. Bell's numerous correspondences or phone calls since his filing of the petition."[1] *Id.* at 2.

In his motion to supplement, Defendant raises two claims. The first, claiming trial counsel was constitutionally ineffective for failing to object to the application

---

[1] Counsel did not respond to an April 6, 2023 phone call from the undersigned's staff requesting clarification of the matter of representation.

of U.S.S.G. § 2D1.1(b)(12), is related to, if not the same as, an argument raised by his attorney in the original § 2255 motion.

The second argument, that trial counsel was ineffective because he did not timely investigate and object to the Government's pursuit of a § 851 enhancement, was not raised in Defendant's initial § 2255 motion. Therefore, before the Court rules on the motion to supplement, the Government will be required to respond. In its response, the Government should also state its position on the timeliness of the proposed supplement.

Accordingly, it is **ORDERED**:

Ruling on Defendant' Motion to Supplement (ECF No. 187) is DEFERRED. The Government shall have 14 days from the date of this order to file a response to the motion.

**DONE AND ORDERED** on April 17, 2023.

> s/ *Midori A. Lowry*
> Midori A. Lowry
> United States Magistrate Judge