# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

v.                                                      CASE NO.: 4:16cr29-RH/MAL

**ERVIN BELL III**
_____/

## NOTICE OF APPEARANCE

COMES NOW, THE UNITED STATES OF AMERICA and gives notice that Assistant United States Attorney Meredith L. Steer will be filing the United States' response to ECF Doc. 187 & 188. All further pleadings and correspondence in this action should be directed to the undersigned, as well.

Respectfully submitted,

JASON R. COODY
United States Attorney

*/s/ Meredith L. Steer*
MEREDITH L. STEER
Assistant United States Attorney
Northern District of Florida
South Carolina Bar No. 105392
111 North Adams Street, 4th Floor
Tallahassee, FL 32301
(850) 942-8430
meredith.steer@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was filed electronically via the CM/ECF filing system on this 3rd day of May, 2023.

*/s/ Meredith L. Steer*
MEREDITH L. STEER
Assistant United States Attorney