In the Circuit Court, Second Judicial Circuit,
in and for Leon County, Florida

Division: **Felony**

State of Florida
v.

**ERVIN BELL**
Defendant

_____ Probation _____ Retrial
_____ Community Control Violator _____ Resentence

Case No. **2006CF002914A**

## JUDGMENT 25793

The Defendant, **ERVIN BELL**, being personally before this court represented by, B. Hobbs, attorney of record, and the state represented by, J. Campbell, and having

_____ been tried and found guilty by jury / by court of the following crime(s)
_____ entered a plea of guilty to the following crime(s)
✓ entered a plea of nolo contendere to the following crime(s)

| Count | Crime | Offense Statute Number(s) | Degree of Crime | Case Number | OBTS Number |
|---|---|---|---|---|---|
| 1 | Possession of cocaine | 893.13 6A | F-3 | 2006CF2914A | |
| 2 | DWLR | 322.34 5 | F-3 | " | |

✓ and no cause being shown why the defendant should not be adjudicated guilty, **IT IS ORDERED** that the defendant is hereby **ADJUDICATED GUILTY** as to all counts or as to count(s) _____.

✓ and having been convicted of an attempt or offense enumerated in section 943.325, the defendant shall be required to submit two specimens of blood or other biological specimens to the Department of Law Enforcement as provided for by law

_____ and good cause being shown; **IT IS ORDERED** that **ADJUDICATION OF GUILT BE WITHHELD** as to all counts or as to count(s) _____.

Page 1 of 8                                     Rev. 07/01/2005

State of Florida

v.

**ERVIN BELL**
Defendant

Date of Birth ▮▮▮▮▮▮▮▮▮▮

Case Number **2006CF002914A**

Address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Tallahassee Florida 32301

Social Security Number ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

## FINGERPRINTS OF DEFENDANT

| 1. Right Thumb | 2. Right Index | 3. Right Middle | 4. Right Ring | 5. Right Little |
|---|---|---|---|---|
| 6. Left Thumb | 7. Left Index | 8. Left Middle | 9. Left Ring | 10. Left Little |

Fingerprints taken by: _Mary Irwin #230_    _Deputy_
                           Name                  Title

I CERTIFY that these are the fingerprints of the defendant, **ERVIN BELL**, and that they were placed hereon by the defendant in my presence in open court this date.

DONE AND ORDERED in open court in Leon County, Florida, on __2/16/07__

_[signature]_
Judge.

Page __2__ of __8__

Rev. 07/01/2005

Defendant **ERVIN BELL**     Case Number **2006CF0014A**

OBTS Number _____

## SENTENCE

(As to Count **1-2**)

The defendant, being personally before this court, accompanied by the defendant's attorney of record, **B. Hobbs**, and having been given an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why the defendant should not be sentenced as provided by law; and no cause being shown

(*Check one if applicable*)

____ the Court places the defendant on probation / community control for a period of _____ months / years under the supervision of the Dept. of Corrections, the conditions of which are set forth in a separate order.

____ the Court having previously on _____, deferred imposition of sentence until this date.

____ the Court having previously entered a judgment in this case on _____ now resentences the defendant

____ the Court having placed the defendant on probation / community control and having subsequently revoked the defendant's probation/community control.

**It Is The Sentence Of The Court that:**

____ The defendant pay a fine of $_____, pursuant to section 775.083, F.S., plus $_____ as the 5% surcharge required by section 938.04, F.S

✓ The defendant is committed to the custody of the Department of Corrections.

____ The defendant is directed to the custody of the Sheriff of _____ County, Florida.

____ The defendant is sentenced as a youthful offender in accordance with section 958.04, F.S..

**To Be Imprisoned (Check one; unmarked sections are inapplicable):**

____ For a term of natural life.

✓ For a term of **1 year + 1 day** months / years.

____ Said SENTENCE SUSPENDED for a period of _____ subject to the conditions set forth in this order.

**If "split" sentence, complete the appropriate paragraph.**

✓ Followed by a period of **18 months** on ~~probation~~/~~community control~~ under the supervision of the Department of Corrections according to ~~the terms~~ and conditions set forth in a separate order entered herein.

____ However, after serving a period of _____ imprisonment in _____, the balance of the sentence shall be suspended and the defendant be placed on probation/community control for a period of _____ under supervision of the Department of Corrections according to the terms and conditions of probation/community control set forth in a separate order entered herein.

In the event the defendant is ordered to serve additional split sentences, all incarceration portions shall be satisfied before the defendant begins service of the supervision terms.

Page **3** of **8**     Rev. 07/01/2005

Defendant **ERVIN BELL**  Case Number **2006CF002914A**

## SPECIAL PROVISIONS

(As to Count _____)

By appropriate notation, the following provisions apply to the sentence imposed in this count:

| | | |
|---|---|---|
| Firearm | _____ | It is further ordered that the _____ minimum imprisonment provision of section 775.087, F.S., is hereby imposed for the sentence specified in this count. |
| Drug Trafficking | _____ | It is further ordered that the _____ years mandatory minimum imprisonment provision of section 893.135(1), F.S., and fine in the amount of $_____ is hereby imposed in this count. |
| Controlled Substance w/in 1,000' of School, Public Park, Comm. Center or Rec. Facility | _____ | It is further ordered that the 3-year minimum imprisonment provision pursuant to 893.13(1)(c), F.S., is hereby imposed for the sentence specified in this count. |
| Habitual Felony Offender | _____ | The defendant is adjudicated a habitual felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(a), F.S.. The requisite findings by the court are set forth in a separate order or stated on the record in open court. |
| Controlled Substance, Manufacture of Metham-Phetamine/Phencyclidine | ............... ............... | It is further ordered that the _____ minimum mandatory provision of section 893.13(1)(g), F.S. is hereby imposed for the sentence specified in this count. |
| Habitual Violent Felony Offender | _____ ............... | The defendant is adjudicated a habitual violent felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(b), F.S.. A minimum term of _____ year(s) must be served prior to release. The requisite findings of the court are set forth in a separate order or stated on the record in open court. |
| Prison Releasee Reoffender | _____ | The defendant is adjudicated a prison releasee reoffender and has been sentenced to serve 100 percent of the court-imposed sentence in accordance with section 775.082(8)(b). |
| Law Enforcement Protection Act | _____ | It is further ordered that the defendant shall serve a minimum of _____ years before release in accordance with section 775.0823, F.S.. |
| Capital Offense | _____ | It is further ordered that the defendant shall be ineligible for Parole in accordance with the provisions of section 775.082(1), F.S.. |
| Short-Barreled Rifle, Shotgun, Machine Gun | _____ | It is further ordered that the 5-year minimum provision of section 790.221(2), F.S., is hereby imposed for the sentence specified in this count. |
| Continuing Criminal Enterprise | _____ | It is further ordered that the 25-year minimum sentence provision of section 893.20, F.S., is hereby imposed for the sentence specified in this count. |
| Dangerous Sexual Felony Offender | _____ | It is further ordered that the minimum imprisonment provision of section 794.0115(2)(e), F.S. is hereby imposed for the sentence specified in this count. The defendant shall be imprisoned for a minimum of _____ years; or, _____ for a term of life. |
| Personal ID Information | _____ | It is further order that the _____ minimum mandatory provision of section 817.568 F.S., is hereby imposed for the sentence specified in this count. |
| Other Provisions (e.g., see Ch. 775, F.S.) | _____ | _____ _____ |

Defendant **ERVIN BELL**                              Case Number **2006CF00291-A**

Other Provisions as to count(s) _1-2_ :

Retention of Jurisdiction        _____          The court retains jurisdiction over the defendant pursuant to section 947.16(4), F.S. (2002).

Jail Credit                      ✓               It is further ordered that the defendant shall be allowed a total of _66_ days as credit for time incarcerated before imposition of this sentence.

### CREDIT FOR TIME SERVED IN RESENTENCING AFTER VIOLATION OF PROBATION OR COMMUNITY CONTROL

*(Check as applicable)*

_____ **IT IS FURTHER ORDERED** that the defendant be allowed _____ days time served between date of arrest as a violator following release from prison to the date of resentencing. The Department of Corrections shall apply original jail time credit and shall compute and apply credit for time served and unforfeited gain time previously awarded on count(s) _____.
**(Offenses committed before October 1, 1989).**

*************************************************************************

_____ **IT IS FURTHER ORDERED** that the defendant be allowed _____ days time served between date of arrest as a violator following release from prison to the date of resentencing. The Department of Corrections shall apply original jail time credit and shall compute and apply credit for time served on count(s) _____.
**(Offenses committed between October 1, 1989 and December 31, 1993).**

*************************************************************************

_____ The Court deems the unforfeited gain time previously awarded on the above case/count forfeited under section 948.06(7).

_____ The Court allows unforfeited gain time previously awarded in this case/count. (Gain time may be subject to forfeiture by the Department of Corrections under section 944.28(1) ).

_____ **IT IS FURTHER ORDERED** that the defendant be allowed _____ days time served between date of arrest as a violator following release from prison to the date of resentencing. The Department of Corrections shall apply original jail time credit and shall compute and apply credit for time served only pursuant to section 921.0017, Florida Statutes, on count(s) _____.
**(Offenses committed between January 1, 1994 and May 29, 1997).**

*************************************************************************

_____ **IT IS FURTHER ORDERED** that the defendant be allowed _____ days time served between date of arrest as a violator following release from prison to the date of resentencing. The Department of Corrections shall apply original jail time credit and shall compute and apply credit for time served only pursuant to section 921.0017, Florida Statutes on count(s) _____.
**(Offenses committed after May 30, 1997).**

Defendant **ERVIN BELL**                         Case Number **2006CF002914A**

**Other Provision Continued:**

Consecutive/Concurrent
as to Other Counts    _____    It is further ordered that the sentence imposed as to count(s) **2** shall run (check one) _____ consecutive to  ✓  concurrent with the sentence set forth in count **1** of this case.

Consecutive/Concurrent
as to Other Convictions    ✓    It is further ordered that the composite term of all sentences imposed for the counts specified in this order shall run (check one) _____ consecutive to  ✓  concurrent with the following

(check one)    _____ any active sentence being served

 ✓  specific sentences **2006 CF 4550 A**

In the event the above sentence is to the Department of Corrections, the Sheriff of Leon County, Florida, is hereby ordered and directed to deliver the defendant to the Department of Corrections at the facility designated by the Department together with a copy of this judgment and sentence and any other documents specified by Florida Statutes.

The defendant in open court was advised of the right to appeal from this sentence by filing notice of appeal within 30 days from this date with the clerk of this court and the defendant's right to the assistance of counsel in taking the appeal at the expense of the State on showing of indigency.

In imposing the above sentence, the court further recommends **probation to follow DOC. Stipulated jail credit. Eligible for early termination of probation after 12 months of in full compliance. Waive cost of supervision.**

**Defendant** ERVIN BELL　　　　　　　　Case Number 2006CF002914A

## JUDGMENT FOR FINES, COSTS, FEES AND SURCHARGES

IT IS THE JUDGMENT AND ORDER OF THE COURT THAT DEFENDANT IS LIABLE FOR AND SHALL PAY THE FOLLOWING:

1. $ **500** as a fine pursuant to §775.083, F.S.
2. $ **25** as the 5% surcharge required by §938.04, F.S..
3. **$20.00** as a court cost pursuant to §938.06, F.S. (Crime Stopper Trust Fund).
4. **$3.00** as a court cost pursuant to §938.01(1) F.S. (Criminal Justice Trust Fund).
5. **$50.00** pursuant to §938.03, F.S. (Crimes Compensation Trust Fund).
6. **$200.00 (felony)** / ~~$50.00 (misd.)~~ pursuant to §938.05, F.S. (Local Government Criminal Justice Trust Fund).
7. **$2.00** as a court cost pursuant to § 938.15, F.S. (County Criminal Justice Education).
8. **$2.00** as a court cost pursuant to §938.15, F.S. (City Criminal Justice Education).
9. **$50.00 (felony)** / ~~$20.00 (misd.)~~ as a court cost pursuant to §775.083(2) F.S. (County Crime Prevention).
10. **$65.00** as a court cost pursuant to § 939.185, F.S. (County Additional Court Cost).
11. **$3.00** as a court costs pursuant to § 939.19 F.S. (Teen Court Assessment).
12. ☐ If checked, the Defendant shall pay **$40.00** as a fee pursuant to §27.52(c), F.S. (Indigent Criminal Defense Trust Fund).
13. ☐ If checked, the Defendant shall pay **$135.00** as costs pursuant to §938.07, F.S. (Driving or Boating Under The Influence).
14. ☐ If checked, the Defendant shall pay **$15.00** as costs pursuant to §938.13, F.S. (Misd. Drug Alcohol Assessment)
15. **If checked, the defendant shall pay the following as additional statutorily mandated surcharges:**
    ☐ **$201.00** as a surcharge and condition of supervision pursuant to §938.08, F.S. (Domestic Violence Trust Fund).
    ☐ **$151.00** as a surcharge and condition of supervision pursuant to §938.085, F.S. (Rape Crisis Program Trust Fund).
    ☐ **$101.00** as costs pursuant to §938.10, F.S. (Children & Family Services Child Ad. TF)

☐ **IF CHECKED, THE DEFENDANT IS ORDERED TO PAY THE FOLLOWING DISCRETIONARY ITEMS:**

16. $_____ as additional fine pursuant to §775.0835(1), F.S.. (Optional Fine for the Crimes Compensation Trust Fund).
    ☐ If checked, discretionary fine is reduced to judgment, for which let execution issue.

17. $_____ Statutory Incarceration and Other Correctional Costs as Liquidated Damages pursuant to §960.293(2)(a) and (b), F.S. (Victim Assistance – Determination of Damages and Losses)

$ **920** TOTAL Fine, if any, and Statutorily Mandated Costs, Fees and Surcharges

$ **395** Court Costs Reduced to Civil Judgment　　　　$ **525** Fine reduced to Civil Judgment

$_____ Court Costs/Fines Deferred

☐ **IF CHECKED, THE DEFENDANT IS ORDERED TO PAY THE FOLLOWING DISCRETIONARY COSTS:**

18. $_____ for documented costs of prosecution pursuant to §938.27, F.S., payable to: _____.
    ☐ If checked, §938.27, F.S. costs <u>not requested</u> by State.

19. $_____ for legal assistance costs or attorney fees pursuant to §938.29 and §27.56, F.S.

Page **7** of **8**　　　　　　　　　　　　　　Rev. 07/01/2005

Defendant ERVIN BELL                    Case Number 2006CF002914A

IT IS FURTHER ORDERED AS FOLLOWS:

The defendant is ordered to pay the court ordered fine, court costs, fees and surcharges imposed in this case in full within 30 days of the date of this order. If not timely paid, the defendant must report to the Office of the Clerk of Court to enter the Clerk's payment program to set up a payment schedule to pay the balance.

If the balance is not paid within 30 days and the defendant does not thereafter report to the Clerk of Court to schedule to pay the balance as required, the defendant's driver's license may be suspended and the defendant may be required to appear in court to answer for the failure to appear or failure to pay.

The defendant must immediately notify the Clerk of Court, in writing, of any <u>change in the defendant's mailing address</u>.

All fines, costs, fees and surcharges must be paid in cash or by money order, travelers check, personal check or credit card payable to: Clerk of Court, Leon County Courthouse.

DONE AND ORDERED on _____2/16/07_____.

_____
CIRCUIT COURT JUDGE

Page 8 of 8                                   Rev. 07/01/2005

Case 4:16-cr-00029-RH-MAL   Document 190-1   Filed 05/03/23   Page 9 of 9

Name: ERVIN BELL
Case No. 2006 CF 2914 A
Spn: ▮

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the judgment/disposition order rendered on February 16, 2007, has been served by U. S. Mail to counsel for State Attorney XX Defendant XX, Defense Attorney Barbara Hobbs at 462 W. Brevard St., Tallahassee, FL 32301 on this 19th day of February 2007.

BOB INZER, CLERK

By _____
       Deputy