TRULINCS 25137017 - BELL, ERVIN III - Unit: COL-F-D

----------------------------------------------------------------------------------------

FROM: 25137017
TO:
SUBJECT: Request To The United States District Court
DATE: 06/13/2023 01:16:45 PM

To: United States District Court

It was brought to my attention that the Government replied to my 28 U.S.C. 2255 Petition and a copy of there rebuttal was said to have been mailed out on May 3, 2023 to me here at Coleman Satellite Camp, P.O.Box 1027, Coleman Florida 33521. However, I never received a copy of this response. I have spoken with the secretary here that is over legal mail and I have submitted an electronic email to the mail room inquiring of this or any legal mail addressed to me and no knowledge of any have arrived. Im sending an attachment of my request to the mail room inquiring of this response. I would like very much for this matter to be looked into.

SINCERELY SUBMITTED, ERVIN BELL 25137-017

FILED USDC FLND TL
JUN 20 '23 PM3:20

TRULINCS 25137017 - BELL, ERVIN III - Unit: COL-F-D

------------------------------------------------------------------------------------

FROM: Mail Room/Records/R&D
TO: 25137017
SUBJECT: RE:***Inmate to Staff Message***
DATE: 06/08/2023 01:07:02 PM

We deliver mail as we get it from post office. please add tracking services that helps when issues like this. But we don't have it I checked our log nothing for Legal mail.
J. Cuevas CSO

---

From: ~^! BELL, ~^!ERVIN III <25137017@inmatemessage.com>
Sent: Tuesday, June 6, 2023 1:50 PM
Subject: ***Request to Staff*** BELL, ERVIN, Reg# 25137017, COL-F-D

To: Mail Room Supervisor
Inmate Work Assignment: Power House 3

Hello, I was advised to submit this email to this department inquiring about some legal mail. It was brought to my attention that some legal documents was mailed out to me on May 3, 2023 from the circuit of court. However, I havent received these documents and I was wondering have they arrived and had to be mailed back for some apparent reason or non have arrived? I appreciate your time and cooperation. Sincerely, Submitted; Ervin Bell 25137-017

Ervin Bell 25137-017
Coleman Federal Correction
Coleman Satellite Camp
P.O. Box 1027
Coleman Florida 33521

JUN 0 2 2023



TAMPA FL 335
SAINT PETERSBURG FL
16 JUN 2023 PM 3 L

United States District
Court
Clerk of Court
111 N. Adam Street
Tallahassee Florida 32301

32301-773699