IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

vs.  Case Nos.: 4:16cr29/RH/MAL
 4:22cv19/RH/MAL

ERVIN BELL, III

## **O R D E R**

Defendant has filed a pro se document indicating he did not receive a copy of the Government's supplemental response to his § 2255 motion. ECF No. 191. The certificate of service on the supplemental response indicates it was served electronically on counsel of record (ECF No. 190 at 9), although counsel's continued role in the case, if any, is unclear. *See* ECF No. 188 at 1. In addition, the certificate of service reflects that a copy of the response "will also be mailed to Defendant Bell." ECF No. 190 at 9.

Because Defendant has not received the document, the Government will be required to mail another copy of the supplemental response to Defendant at the return address indicated on his latest filing and file a Notice of Compliance indicating it has done so.

Accordingly, it is **ORDERED**:

Within five (5) days from the date of this order, the Government shall send a copy of its supplemental response and attachments thereto (ECF No. 190) to Defendant Ervin Bell, Reg. No. 25137-017; Coleman Federal Correctional Institution, Coleman Satellite Camp, P.O. Box 1027, Coleman FL 33521, and it shall file a Notice of Compliance indicating it has done so.

**DONE AND ORDERED** on June 22, 2023.

                                 s/ *Midori A. Lowry*
                                 Midori A. Lowry
                                 United States Magistrate Judge