IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  Case Nos. 4:16cr29-RH/MAL
 4:18cv168-RH/CAS

ERVIN BELL III,

        Defendant.
_____/

**GOVERNMENT'S NOTICE OF COMPLIANCE**

The government respectfully gives notice that it has complied with the Court's order of June 22, 2023, ECF 192, and has, on June 22, 2023, sent a copy of its response to Defendant's motion, ECF 190 (and attachments thereto), to Defendant Ervin Bell, Reg. No. 25137-017; Coleman Federal Correctional Institution, Coleman Satellite Camp, P.O. Box 1027, Coleman FL 33521.

Respectfully submitted,

JASON R. COODY
United States Attorney

*/s/ Andrew J. Grogan*
ANDREW J. GROGAN
Florida Bar No. 85932
MEREDITH L. STEER
South Carolina Bar No. 105392
Assistant United States Attorneys
111 N. Adams Street
Tallahassee, FL 32301
(850) 942-8430
andrew.grogan@usdoj.gov
meredith.steer@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on June 23, 2023, this notice was furnished to Ervin Bell, Reg. No. 25137-017; Coleman Federal Correctional Institution, Coleman Satellite Camp, P.O. Box 1027, Coleman FL 33521, via U.S. mail.

*/s/ Andrew J. Grogan*
ANDREW J. GROGAN
Assistant United States Attorney